# Exhibit A

**Registration #:** PA0002280262
**Service Request #:** 1-10243688428

## Mail Certificate

Duff Law PLLC
Anderson J Duff
43-10 Crescent St. Ste. 1217
New York, NY 11101 United States

**Priority:** Special Handling   **Application Date:** March 08, 2021

**Note to C.O.:** Thank you.

## Correspondent

**Organization Name:** Duff Law PLLC
**Name:** Anderson J Duff
**Email:** ajd@hoganduff.com
**Telephone:** (646)450-3607
**Address:** 43-10 Crescent St. Ste. 1217
New York, NY 11101 United States

**Registration Number**
# PA 2-280-262
**Effective Date of Registration:**
March 08, 2021
**Registration Decision Date:**
March 08, 2021

## Title

    **Title of Work:** How Rockefeller Built His Trillion Dollar Oil Empire

## Completion/Publication

    **Year of Completion:** 2018
    **Date of 1st Publication:** June 25, 2018
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Business Casual Holdings, LLC
    **Author Created:** entire motion picture
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Business Casual Holdings, LLC
    919 NORTH MARKET STREET, SUITE 950, WILMINGTON, DE, 19801, United States

## Limitation of copyright claim

    **Material excluded from this claim:** preexisting photograph(s)

    **New material included in claim:** all other cinematographic material

## Rights and Permissions

    **Organization Name:** Duff Law PLLC
    **Name:** Anderson J Duff
    **Email:** ajd@hoganduff.com
    **Telephone:** (646)450-3607
    **Address:** 43-10 Crescent St. Ste. 1217

New York, NY 11101 United States

**Certification**

**Name:** Anderson J. Duff
**Date**: March 08, 2021