AO 121 (Rev. 06/16)

TO:
Register of Copyrights
U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION    ☐ APPEAL

COURT NAME AND LOCATION: United States District Court for the Southern District of New York

DOCKET NO.: 1:21-cv-02007-JGK
DATE FILED: 3/8/2021

PLAINTIFF: Business Casual Holdings, LLC
DEFENDANT: TV-Novosti

| # | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | PA0002280264 | JP. Morgan Documentary: How One Man Financed Am | Business Casual Holdings, LLC |
| 2 | PA0002280262 | How Rockefeller Built His Trillion Dollar Oil Empire | Business Casual Holdings, LLC |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

DATE INCLUDED:
INCLUDED BY: ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading

| # | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED: ☐ Order  ☐ Judgment
WRITTEN OPINION ATTACHED: ☐ Yes  ☐ No
DATE RENDERED:

CLERK: Ruby J. Krajick
(BY) DEPUTY CLERK: /S/ S. James
DATE: 3/10/2021

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy