# Exhibit D

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-10275567962

## Mail Certificate

Duff Law PLLC
Anderson J Duff
43-10 Crescent St. Ste. 1217
New York, NY 11101 United States

**Priority:** Special Handling   **Application Date:** March 17, 2021

**Note to C.O.:** Thank you.

## Correspondent

**Organization Name:** Duff Law PLLC
**Name:** Anderson J Duff
**Email:** ajd@hoganduff.com
**Telephone:** (646)450-3607
**Address:** 43-10 Crescent St. Ste. 1217
New York, NY 11101 United States

Registration Number

**\*-APPLICATION-\***

## Title

**Title of Work:** U.S. National Debt Clock

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** July 03, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Keith Hide-Smith
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Business Casual Holdings, LLC
919 NORTH MARKET STREET, SUITE 950, WILMINGTON, DE, 19801, United States

## Rights and Permissions

**Organization Name:** Duff Law PLLC
**Name:** Anderson J Duff
**Email:** ajd@hoganduff.com
**Telephone:** (646)450-3607
**Address:** 43-10 Crescent St. Ste. 1217
New York, NY 11101 United States

## Certification

**Name:** Anderson J. Duff
**Date**: March 17, 2021