UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TV-NOVOSTI, a Russian autonomous non-profit organization, <br><br> Defendant. | Case No.: 1:21-cv-2007-JGK <br><br> **PLAINTIFF'S APPLICATION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE** |

Plaintiff Business Casual Holdings, LLC hereby seeks an order allowing alternative service on Defendant TV-Novosti via email at Defendant's Email Address, *atkaryaeva@rttv.ru*, and via service on Defendant's local counsel at Gottlieb Rackman & Reisman, P.C., 270 Madison Avenue, New York, New York 10016.

Dated: June 1, 2021

Respectfully submitted,

By: _____
Anderson J. Duff
Duff Law PLLC
43-10 Crescent St. Ste. 1217
New York, New York 11101
 (t) 646.450.3607
 (e) ajd@hoganduff.com

*Attorneys for Plaintiff Business Casual Holdings, LLC*

1