UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company, | ) ) ) | **Case No.:  1:21-cv-2007-JGK** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TV-NOVOSTI, a Russian autonomous non-profit organization, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF ANDERSON J. DUFF IN SUPPORT OF PLAINTIFF'S APPLICATION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE**

I, Anderson J. Duff, declare as follows:

1.      I am an attorney admitted to practice before the United States District Court for the Southern District of New York.

2.      I represent Plaintiff Business Casual Holdings, LLC ("Business Casual") in the above-captioned action.

3.      On March 19, 2021, I received an email from an attorney in New York, Marc P. Misthal, notifying me that Defendant TV-Novosti ("Defendant") had retained his firm, Gottlieb, Rachman & Reisman, P.C., in connection with the above-captioned lawsuit and we exchanged email correspondence concerning the possibility of resolving the dispute between our clients without litigation.

4.      On April 16, 2021, I emailed Misthal, Defendant's local counsel, asking if his firm was authorized to accept service on Defendant's behalf.

5.      On April 19, 2021, Misthal emailed me and stated that his firm was not authorized to accept service on Defendant's behalf with respect to the above-captioned matter.

6.      On May 28, 2021, I searched the Department of Justice's online database of filings under the Foreign Agents Registration Act ("FARA") for "TV-Novosti" and downloaded the most recent filing. The Supplement Statement recited a filing date of December 28, 2020 and identified a registrant of T & R Productions LLC as the agent of TV-Novosti with a primary business address of 1325 G St., NW, Suite 250, Washington, DC 20005. A true and correct copy of this. Supplemental Statement is attached hereto as **Exhibit A**.

7.      On April 18, 2021, I searched the Department of Justice's online database of letters of determination and identified an August 17, 2017 letter to RTTV America, Inc. ("RTTV") from the Department of Justice's National Security Division. A true and correct copy of this letter is attached hereto as **Exhibit B**. (available at:  https://www.justice.gov/nsd-fara/page/file/1282086/download) (last visited May 28, 2021). The August 17, 2017 letter stated that "[t]he operations of RT and RTTV America are, in essence, commingled in Washington, DC. Both RT and RTTV America occupy space at 1325 G. St., NW, Washington, DC." (Ex. B at n.12.) The August 17, 2017 letter also concludes that RTTV America is an agent of Defendant TV-Novosti, which is a "foreign principal" under FARA. (Ex. B at 4.)

8.      On April 18, 2021, I searched for "RTTV" using Westlaw's Company Investigator Report. The search results identified RTTV America, Inc.'s current address as 1325 G St NW Ste. 250, Washington, DC 20005. A true and correct copy of this report is attached hereto as **Exhibit C**.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 28, 2021

_____

Anderson J. Duff

# Exhibit A

| | |
|---|---|
| **U.S. Department of Justice** | **Supplemental Statement** |
| Washington, DC 20530 | **Pursuant to the Foreign Agents Registration Act of 1938, as amended** |

For 6 Month Period Ending <u>11/30/2020</u>

(Insert date)

## I - REGISTRANT

1. (a) Name of Registrant                     (b) Registration Number

     T & R Productions LLC                            6485

     (c) Primary Business Address
        1325 G St., NW, Suite 250
        Washington, DC 20005

2. Has there been a change in the information previously furnished in connection with the following?

    (a) If an individual:

        (1) Residence address(es)      Yes ☐      No ☐

        (2) Citizenship      Yes ☐      No ☐

        (3) Occupation      Yes ☐      No ☐

    (b) If an organization:

        (1) Name      Yes ☐      No ☒

        (2) Ownership or control      Yes ☐      No ☒

        (3) Branch offices      Yes ☐      No ☒

    (c) Explain fully all changes, if any, indicated in Items (a) and (b) above.

**IF THE REGISTRANT IS AN INDIVIDUAL, OMIT RESPONSES TO ITEMS 3, 4, 5, AND 6.**

3. If the registrant previously filed an Exhibit C[1], state whether any changes therein have occurred during this 6 month reporting period.      Yes ☐        No ☒

If yes, has the registrant filed an updated Exhibit C?      Yes ☐        No ☐

If no, please file the updated Exhibit C.

---

1 The Exhibit C, for which no printed form is provided, consists of a true copy of the charter, articles of incorporation, association, and by laws of a registrant that is an organization. (A waiver of the requirement to file an Exhibit C may be obtained for good cause upon written application to the Assistant Attorney General, National Security Division, U.S. Department of Justice, Washington, DC 20530.)

FORM NSD-2
Revised 05/20

4. (a) Have any persons become partners, officers, directors or similar officials during this 6 month reporting period?

Yes ☐       No ☒

If yes, furnish the following information:

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|

(b) Have any persons ceased acting as partners, officers, directors or similar officials of the registrant during this 6 month reporting period?

Yes ☐       No ☒

If yes, furnish the following information:

| Name | Position | Date Ceased |
|---|---|---|

5. (a) Has any person named in Item 4(a) rendered services directly in furtherance of the interests of any foreign principal?

Yes ☐       No ☐

If yes, identify each such person and describe the service rendered.

| Name | Foreign Principal(s) Represented | Services |
|---|---|---|

(b) During this 6 month reporting period, has the registrant hired as employees or in any other capacity, any persons who rendered or will render services to the registrant directly in furtherance of the interests of any foreign principal(s) in other than a clerical or secretarial, or in a related or similar capacity?       Yes ☐       No ☒

| Name | Residence Address | Citizenship | Position | Date Assumed |
|---|---|---|---|---|

(c) Have any employees or individuals, who have filed a short form registration statement, terminated their employment or connection with the registrant during this 6 month reporting period?       Yes ☐       No ☒

If yes, furnish the following information:

| Name | Position or Connection | Date Terminated |
|---|---|---|

(d) Have any employees or individuals, who have filed a short form registration statement, terminated their connection with any foreign principal during this 6 month reporting period?       Yes ☐       No ☒

If yes, furnish the following information:

| Name | Position or Connection | Foreign Principal | Date Terminated |
|---|---|---|---|

6. Have short form registration statements been previously filed by all of the persons named in Items 5(a) and 5(b) of the supplemental statement or submitted with this filing?       Yes ☐       No ☐

If no, list names of persons who have not previously filed the required statement or are not submitting a short form with this filing.

## II - FOREIGN PRINCIPAL

7.  Has the registrant's connection with any foreign principal(s) ended during this 6 month reporting period?

Yes ☐            No ☒

If yes, furnish the following information:

Foreign Principal                                             Date of Termination

8.  Has the registrant added any new foreign principal(s)[2] during this 6 month reporting period?

Yes ☐            No ☒

If yes, furnish the following information:

Foreign Principal                                             Date Added

9.  In addition to those named in Items 7 and 8, if any, list the foreign principal(s) whom the registrant continued to represent during the 6 month reporting period.

ANO TV-Novosti

10. (a) Has the registrant filed Exhibits A and B for the newly added foreign principal(s), if any, listed in Item 8?

Exhibit A[3]            Yes ☐            No ☐            N/A ☐
Exhibit B[4]            Yes ☐            No ☐            N/A ☐

If no, please file the required exhibit.

(b) Have there been any changes in the Exhibits A and B previously filed for any foreign principal(s) whom the registrant represented during this 6 month period?                                    Yes ☐            No ☒
If yes, has the registrant filed an amendment to these exhibits?            Yes ☐            No ☐

If no, please file the required amendment.

2  The term "foreign principal" includes, in addition to those defined in Section 1(b) of the Act, an individual organization any of whose activities are directly or indirectly supervised, directed, controlled, financed, or subsidized in whole or in major part by a foreign government, foreign political party, foreign organization or foreign individual. (See Rule 100(a) (9)).  A registrant who represents more than one foreign principal is required to list in the statements he files under the Act only those principals for whom he is not entitled to claim exemption under Section 3 of the Act.  (See Rule 208.)

3  The Exhibit A, which is filed on Form NSD-3, sets forth the information required to be disclosed concerning each foreign principal.

4  The Exhibit B, which is filed on Form NSD-4, sets forth the information concerning the agreement or understanding between the registrant and the foreign principal.

## III - ACTIVITIES

11. During this 6 month reporting period, has the registrant engaged in any activities for or rendered any services to any foreign principal named in Items 7, 8, or 9 of this statement?            Yes ☒            No ☐

    If yes, identify each foreign principal and describe in full detail all activities and services:

| Foreign Principal | Activities/Services |
|---|---|
| ANO TV-Novosti | ANO TV-Novosti.  Registrant produces news and talk show television programs. The programs are predominantly distributed by ANO TV-Novosti.  Some distribution is used digitally through various video sharing platforms. The activities of T&R Productions entail routine journalistic efforts of filming and producing television shows.  T&R Productions LLC believes it does not contact U.S. government officials or U.S. media representatives to lobby them about U.S. Government policies or interests or the policies or interests of any foreign government. |

12. During this 6 month reporting period, has the registrant, on behalf of any foreign principal, engaged in political activity[5] as defined below?            Yes ☐            No ☒

    If yes, identify each foreign principal and describe in full detail all such political activity, indicating, among other things, the relations, interests and policies sought to be influenced and the means employed to achieve this purpose.  If the registrant arranged, sponsored or delivered speeches, lectures, social media, internet postings, or media broadcasts, give details as to dates, places of delivery, names of speakers and subject matter. The response must include, but not be limited to, activities involving lobbying, promotion, perception management, public relations, economic development, and preparation and dissemination of informational materials.

    Set forth below a general description of the registrant's political activities.

    "No" answer reflects registrant's belief that the purpose of T&R Productions LLC is to produce a broad range of news and talk shows, sports programs, and entertainment programs that are balanced journalistic endeavors designed merely to inform viewers, not to influence U.S. Government officials or the U.S. public about changing U.S. policies.

    Set forth below in the required detail the registrant's political activities.

| Foreign Principal | Date | Contact | Method | Purpose |
|---|---|---|---|---|
| | | | | |

13. In addition to the above described activities, if any, has the registrant engaged in activity or rendered any services on its own behalf which benefits the registrant's foreign principal(s)?            Yes ☐            No ☒

    If yes, describe fully.

| Foreign Principal | Activities/Services |
|---|---|
| | |

5  "Political activity," as defined in Section 1(o) of the Act, means any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting or changing the domestic or foreign policies of the United States or with reference to political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

## IV - FINANCIAL INFORMATION

14. (a) **RECEIPTS-MONIES**

During this 6 month reporting period, has the registrant received from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal, any contributions, income or money either as compensation or otherwise?     Yes ☒     No ☐

If no, please explain why no monies were received.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies.[6]

| Foreign Principal | Date Received | From Whom | Purpose | Amount | Subtotal |
|---|---|---|---|---|---|
| See attachment #1 | | | | | |

$20,296,886

Total

(b) **RECEIPTS - FUNDRAISING CAMPAIGN**

During this 6 month reporting period, has the registrant received, as part of a fundraising campaign[7], any money on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?     Yes ☐     No ☒

If yes, has the registrant previously filed an Exhibit D[8] to its registration?     Yes ☐     No ☐

If yes, indicate the date the Exhibit D was filed.     Date _____

If no, please file the required Exhibit D.

(c) **RECEIPTS-THINGS OF VALUE**

During this 6 month reporting period, has the registraint received any thing of value[9] other than money from any foreign principal named in Items 7, 8, or 9 of this statement, or from any other source, for or in the interests of any such foreign principal?     Yes ☐     No ☒

If yes, furnish the following information:

| Foreign Principal | Date Received | From Whom | Purpose | Thing of Value |
|---|---|---|---|---|
| | | | | |

---

6, 7  A registrant is required to file an Exhibit D if he/she collects or receives contributions, loans, moneys, or other things of value for a foreign principal, as part of a fundraising campaign. (See Rule 201(e)).

8  An Exhibit D, for which no printed form is provided, sets forth an account of money collected or received as a result of a fundraising campaign and transmitted for a foreign principal.

9  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

15. (a) **DISBURSEMENTS-MONIES**

During this 6 month reporting period, has the registrant disbursed or expended monies in connection with activity on behalf of any foreign principal named in Items 7, 8, or 9 of this statement or transmitted monies to any such foreign principal?          Yes ☒          No ☐

If no, explain why no disbursements were made.

If yes, set forth below in the required detail and separately for each foreign principal an account of such monies, including monies transmitted, if any, to each foreign principal.

| Foreign Principal | Date | Recipient | Purpose | Amount | Subtotal |
|---|---|---|---|---|---|
| See attachment #1 | | | | | |

|  |  |  |  |  | $21,216,806 |
|---|---|---|---|---|---|
|  |  |  |  |  | Total |

(PAGE 7)

(b) **DISBURSEMENTS-THINGS OF VALUE**

During this 6 month reporting period, has the registrant disposed of anything of value[10]  other than money in furtherance of or in connection with activities on behalf of any foreign principal named in Items 7, 8, or 9 of this statement?

Yes ☐          No ☒

If yes, furnish the following information:

| Foreign Principal | Date | Recipient | Purpose | Thing of Value |
|---|---|---|---|---|
| | | | | |

(c) **DISBURSEMENTS-POLITICAL CONTRIBUTIONS**

During this 6 month reporting period, has the registrant (or any short form registrant) from its own funds and on its own behalf either directly or through any other person, made any contributions of money or other things of value [11] in connection with an election to any political office, or in connection with any primary election, convention, or caucus held to select candidates for political office?

Yes ☐          No ☒

If yes, furnish the following information:

| Date | Donor | Political Organization/Candidate | Method | Amount/Thing of Value |
|---|---|---|---|---|
| | | | | |

---

10, 11  Things of value include but are not limited to gifts, interest free loans, expense free travel, favored stock purchases, exclusive rights, favored treatment over competitors, "kickbacks," and the like.

(PAGE 8)

# V - INFORMATIONAL MATERIALS

16. (a)  During this 6 month reporting period, has the registrant prepared, disseminated or caused to be disseminated any
informational materials?[12]     Yes ☒     No ☐

   (b)  If yes, identify each such foreign principal for which informational materials were disseminated and respond to the
remaining items in this section.

---

17.  During this 6 month reporting period, has a budget been established or specified sum of money allocated to finance the
registrant's activities in preparing or disseminating informational materials?     Yes ☒     No ☐

   If yes, identify each such foreign principal, and specify the period of time and the amount.

| Foreign Principal | Period of Time | Amount |
|---|---|---|
| ANO TV-Novosti | Entire reporting period | See Attachment #1 |

---

18.  During this 6 month reporting period, has the registrant's activities in preparing, disseminating or causing the dissemination of
informational materials included the use of any of the following:

☐ Magazine or newspaper     ☒ Advertising campaigns     ☐ Press releases     ☐ Pamphlets or other publications
☐ Lectures or speeches     ☒ Radio or TV broadcasts     ☐ Motion picture films     ☐ Letters or telegrams
☐ Email
☐ Website URL(s):  _____
☒ Social media websites URL(s):  `http://www.youtube.com/user/RTAmerica (website used by ANO TV-Novosti)`
☐ Other *(specify)*  _____

---

19.  During this 6 month reporting period, has the registrant prepared, disseminated, or caused to be disseminated informational
materials among any of the following groups:

☐ Public officials          ☐ Newspapers          ☐ Libraries
☐ Legislators               ☐ Editors             ☐ Educational institutions
☐ Government agencies       ☐ Civic groups or associations     ☐ Nationality groups

☐ Other *(specify)* _____

---

20.  Indicate the language used in the informational materials:
☒ English          ☐ Other *(specify)* _____

---

21.  Has the registrant filed with the FARA Unit, U.S. Department of Justice a copy of each item of such informational materials
prepared, disseminated or caused to be disseminated during this 6 month reporting period?     Yes ☒     No ☐

   If no, please please file the required informational materials.

---

22.  Has the registrant labeled each item of such informational materials with the statement required by Section 4(b) of the Act?
Yes ☒     No ☐

---

12 The term informational materials includes any oral, visual, graphic, written, or pictorial information or matter of any kind, including that published by means of advertising,
books, periodicals, newspapers, lectures, broadcasts, motion pictures, or any means or instrumentality of interstate or foreign commerce or otherwise.  Informational materials
disseminated by an agent of a foreign principal as part of an activity in itself exempt from registration, or an activity which by itself would not require registration, need not be
filed pursuant to Section 4(b) of the Act.

## VI - EXECUTION

In accordance with 28 U.S.C. § 1746, and subject to the penalties of 18 U.S.C. § 1001 and 22 U.S.C. § 618, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this statement filed pursuant to the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, that he/she is familiar with the contents thereof, and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

| Date | Printed Name | Signature [13] | |
|------|--------------|-----------|---|
| December 28, 2020 | Mikhail Solodovnikov | /s/ Mikhail Solodovnikov | eSigned |
| | | Sign | |
| | | Sign | |
| | | Sign | |

13  This statement shall be signed by the individual agent, if the registrant is an individual, or by a majority of those partners, officers, directors or persons performing similar functions, if the registrant is an organization, except that the organization can, by power of attorney, authorize one or more individuals to execute this statement on its behalf.

Attachment #1
Registration No. 6485
Questions 14(a), 15(a), 17

**T & R Productions, LLC**
**Statement of Revenue and Expenses**
**For the Months of May 1, 2020 - November 30, 2020**

|  | TOTAL |
|---|---:|
| **Income** | |
| Television (from ANO TV-Novosti) | $ 20,227,228 |
| Advertising Income | 55,283 |
| Interest Income | 316 |
| Other Income | 14,059 |
| **Total Income** | 20,296,886 |
| **Expense** | |
| Salaries and Benefits | 9,883,223 |
| Travel Expenses | 438,698 |
| Live Feeds | 649,099 |
| Production | |
| Closed Caption | 408,894 |
| Co-Production | 3,247,728 |
| Shows Promotions | 619,802 |
| Production - Other | 13,010 |
| **Total Production** | 4,289,434 |
| Wardrobe | 11,093 |
| Seminar, Conference & Training | 4,590 |
| Contractors | 586,173 |
| Professional Fees | |
| HR Services | 53,339 |
| Accounting & Tax | 121,303 |
| Consulting | 381,812 |
| Legal | 177,984 |
| Service Contracts | 80,639 |
| **Total Professional Fees** | 815,077 |
| Office Expense | 2,403,093 |
| Business Expenses | 632,311 |
| Depreciation Expense | 1,196,076 |
| Income Tax Expenses | (183,715) |
| Construction/Improvements | 491,655 |
| **Total Operations Expense** | $ 21,216,806 |

These financial statements have not been subjected to an audit, review, or compilation engagement, and no assurance is provided on them.
The accompanying note is an integral part of these financial statements.

1

# Exhibit B



**U.S. Department of Justice**

National Security Division

*Counterintelligence and Export Control Section*                    *Washington, DC 20530*

August 17, 2017

**By FedEx**
RTTV America, Inc.
c/o Brian E. Dickerson, Esquire
FisherBroyles LLP
1200 G Street, NW
Washington, DC 20005

Re:    Obligation of RTTV America, Inc. to Register Under the
       Foreign Agents Registration Act

Dear Mr. Dickerson:

Based upon your letters of January 4, 2013, and January 9, 2017, documents you have provided to this office, press reports, and other publicly available information,[1] we have determined that RTTV America, Inc. ("RTTV America") has an obligation to register under the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. §§ 611-621 (1995) ("FARA" or the "Act"). RTTV America's obligation to register arises from its political activities in the United States on behalf of RT and TV-Novosti, both foreign principals under the Act and proxies of the Russian Government, and its related work within the United States as a publicity agent and information-service employee of TV-Novosti.

## FARA

The purpose of FARA is to inform the American public of the activities of agents working for foreign principals to influence U.S. Government officials or the American public with reference to the domestic or foreign policies of the United States, or with reference to the political or public interests, policies, or relations of a foreign country or a foreign political party.

---

[1] *See, e.g.,* Office of the Director of National Intelligence, *Assessing Russian Activities and Intentions in Recent US Elections* (2017) ("Intelligence Community Report"), https://www.dni.gov/files/documents/ICA 2017 01.pdf. *See also, e.g.,* Steven Erlanger, *Russia's RT Network: Is It More BBC or K.G.B.?,* N.Y. Times (Mar. 8, 2017), https://www.nytimes.com/2017/03/08/world/europe/russias-rt-network-is-it-more-bbc-or-kgb.html; Russ Read, *How Russia Wages Information Warfare in the United States,* Newsweek (Nov. 12, 2016), http://www.newsweek.com/russia-wages-information-warfare-us-520469; Rosie Gray, *How the Truth is Made at Russia Today,* BuzzFeed News (Mar. 13, 2014), https://www.buzzfeed.com/rosiegray/how-the-truth-is-made-at-russia-today?utm_term=.ymRXWQ0Ndm#.fjKGxP7mJ6.

Brian E. Dickerson, Esq.
August 17, 2017
Page 2

The term "foreign principal" includes "a government of a foreign country" and "a partnership, association, corporation, organization, or other combination of persons organized under the laws of or having its principal place of business in a foreign country." 22 U.S.C. § 611(b).

An "agent of a foreign principal" is defined, in pertinent part, as "any person who acts as an agent . . . or . . . at the order, request, or under the direction or control" of a "foreign principal" and "(i) engages within the United States in political activities for or in the interests of such foreign principal;" or "(ii) acts within the United States as a . . . publicity agent, [or] information-service employee . . . for or in the interests of such foreign principal." 22 U.S.C. § 611(c)(1)(i)-(ii).

The term "political activities" is defined in 22 U.S.C. § 611(o) as "any activity that the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or foreign political party."

A "publicity agent" refers to "any person who engages directly or indirectly in the publication or dissemination of oral, visual, graphic, written, or pictorial information or matter of any kind, including publication by means of . . . broadcasts, motion pictures, or otherwise," 22 U.S.C. § 611(h), while an "information-service employee" includes "any person who is engaged in furnishing, disseminating, or publishing accounts, descriptions, information, or data with respect to the political, industrial, employment, economic, social, cultural, or other benefits, advantages, facts, or conditions of any country other than the United States or of any government of a foreign country . . . ." 22 U.S.C. § 611(i).

**RT and TV-Novosti are Proxies of the Russian Government**

RT (formerly "Russia Today") is a Russian international television network, headquartered in Russia, that disseminates broadcasting content to the United States, among other countries.[2]  RT America, according to its Facebook page, "is the US based arm of RT, a 24-hour English language international broadcast news network headquartered in Moscow."[3] Financial information for RT shows that in 2015, 99.7% of the funds expended by RT

---

[2] *See* "About RT," RT.com, https://www.rt.com/about-us/.

[3] "About," RT America Facebook Page, https://www.facebook.com/pg/RTAmerica/about/?ref=page_internal. *See also* "RT America" Tab, RT.com, https://www.rt.com/on-air/rt-america-air/ ("[RT America] delve[s] deep into the most important issues on the US agenda, report[s] the other side of the story, and explore[s] unanswered – and unasked – questions.").

Brian E. Dickerson, Esq.
August 17, 2017
Page 3

(amounting to $285 million) came from the Russian government.[4]  Accordingly, RT meets the definition of a "foreign principal" pursuant to FARA.  *See* 22 U.S.C. § 611(b)(3).

Moreover, the U.S. Intelligence Community has assessed that RT also serves as the Russian Government's "principal international propaganda outlet."[5]  Indeed, Russian President Vladimir Putin has explicitly said that "[RT] is funded by the [Russian] government, so it cannot help but reflect the Russian Government's official position on the events in our country and in the rest of the world."[6]  Similarly, RT's editor-in-chief, Margarita Simonyan, has acknowledged that "since RT receives its budget from the state, it must complete tasks given by the state."[7]  Simonyan has also referred to RT as "an information weapon," noting that, in the United States "people will already be watching [RT] . . . at the critical moment we will have this audience already built up, an audience that is looking to us for the other side of the truth, and we will certainly take advantage of that."[8]  Accordingly, to the extent RT serves as a proxy of the Russian government, it qualifies as a "foreign principal" for that reason as well.

RT is owned by TV-Novosti, a news organization designated under Russian law as an autonomous non-profit organization (ANO).[9]  According to the plain language of one of the contracts that you provided, TV-Novosti is a "legal entity registered in due form under the laws of the Russian Federation," with its principal place of business in Russia.[10]  Under the statutory

---

[4] Leonid Bershidsky, "Beware of RT's Charade of Independence from Putin," Bloomberg (Jan. 10, 2017), https://www.bloomberg.com/view/articles/2017-01-10/beware-of-rt-s-charade-of-independence-from-putin.

[5] Intelligence Community Report at 3.

[6] "Putin Visits New HQ of State-Funded External Broadcaster," Kremlin.ru (June 13, 2014).

[7] Dozhd Online (July 11, 2012), https://tvrain.ru/teleshow/harddaysnight/margarita_simonjan_o_dzhuliane_assanzhe_pussy_riot_i_gosdepe_polnaja_versija-327931/. In a separate 2012 interview, Simonyan noted that Aleksey Gromov, Presidential Administration Deputy Chief of Staff, oversaw RT political coverage, including having in-person meetings with media managers in which he shared classified information and discussed media coverage plans. Annex A to Intelligence Community Report, at 9.

[8] Ilya Azar, "Russia Today Chief Editor Interviewed on Objectivity, Role of Media, Information Warfare," Lenta.ru (Mar. 7, 2013).

[9] *See, e.g.*, "Contact info," RT.com, https://www.rt.com/about-us/contact-info/.  One commentator has even claimed that TV-Novosti and RT are one and the same, with RT being "officially known as ANO TV Novosti." *See* Bershidsky, *supra*, n.4.

[10] *See* Letter from B. Dickerson to A. Mudd, (Jan. 4, 2013) (hereinafter, "2013 Letter"), Ex. 16 (Contract No. 1001/08-10) (Aug. 17, 2010) (quoted language in preamble to agreement).

Brian E. Dickerson, Esq.
August 17, 2017
Page 4

definition quoted above, TV-Novosti also qualifies as a "foreign principal" under the Act. *See* 22 U.S.C. § 611(b)(3).

## Bases for Requiring RTTV America's Registration Under FARA

### *1. RTTV America Is an Agent of Both RT and TV-Novosti*

RTTV America describes itself as a "Broadcasting and Media Production Company,"[11] and it operates in the United States on behalf of RT, for whom it is an alter ego. The website that RTTV America lists on its Facebook page is the website for RT, and it apparently operates from the same offices in Washington, DC that RT uses.[12] RTTV America, therefore, operates as an agent of RT for purposes of FARA.

Relatedly, RTTV America also operates as an agent of TV-Novosti. According to your correspondence with us and the contractual documents attached thereto, RTTV America has provided two types of services to TV-Novosti.[13] First, from at least August 11, 2005, until August 1, 2014, two "production agreements"[14] obligated RTTV America to produce television programs and news segments[15] in the United States, which were uploaded to TV-Novosti and then broadcast almost immediately within the United States.[16] Second, since at least April 5,

---

[11] RTTV America Facebook Page, https://www.facebook.com/pages/RTTV-America/144605132241060.

[12] *See id.* The operations of RT and RTTV America are, in essence, commingled in Washington, DC. Both RT and RTTV America occupy office space at 1325 G St., NW, Washington, DC. RT, for its part, states on its website that it "broadcasts from its studios in Washington, DC." *See* "About Us." RT.com, https://www.rt.com/about-us/.

[13] *See* 2013 Letter at 2-3; *id.*, Ex. 16 (Contract No. 1001/08-10). *See also* Letter from B. Dickerson to C. Rones (Jan. 9, 2017) (hereinafter, "2017 Letter").

[14] Per your prior correspondence, those production agreements were terminated in 2014, *see* 2017 Letter at 1, but the obligation to register continues even as to completed activities, *see* 22 U.S.C. § 618(e). Furthermore, despite RTTV America's claim that it no longer plays a role in RT America content, the RTTV America Facebook page is continually updated with photographs and commentary regarding current content production out of the RT America studios. *See* RTTV America Facebook Page, https://www.facebook.com/pages/RTTV-America/144605132241060. This RTTV America Facebook page is separate and apart from the RT America page, indicating that RTTV America may continue to play more of a role in RT America production activities than the 2014 agreement would suggest. *See* RT America Facebook Page, https://www.facebook.com/RTAmerica/.

[15] RTTV America content includes news stories, editorial commentary, and promotions of destinations in Russia.

[16] 2013 Letter at 3; Ex. 9 (Contract No. 05-24RT § 1.1 (Aug. 11, 2005) (obligating RTTV America to "gather information, prepare and render to [TV-Novosti] news materials and

Brian E. Dickerson, Esq.
August 17, 2017
Page 5

2007, pursuant to other agreements, RTTV America has arranged for the distribution in the
United States of RT, the television channel, by purchasing broadcast channel access from hotels
and cable companies and reselling that access to TV-Novosti "to broadcast RT."[17]  The most
recent contract that you provided does not expire until August 31, 2017.[18]  (If there are new
agreements in place between RTTV America and TV-Novosti, please provide those as part of
your registration.)

### 2.   *RTTV America Has Engaged in "Political Activities" Under FARA*

According to RT's own website, part of RT's mission is to "acquaint . . . international
audiences with a Russian viewpoint on major global events,"[19] and a sample of RT's
programming reflects a demonstrable Russian government viewpoint.  Indeed, the Intelligence
Community has concluded that RT is "a messaging tool . . . [used] to undermine faith in the US
Government and fuel political protest."[20]  In a 2012 interview, TV-Novosti General Manager
Aleksey Nikolov noted that content from RT America and other foreign bureaus "only becomes
[RT] content after the corresponding editorial work is performed on it here, in the Russian
office."[21]

---

communications about events and fact that take place in the . . . United States of America and
adjacent territories which have informational character")); *id.*, Ex. 10 (Agreement No. 06-01 RT
§ 1.2 (July 1, 2009) (obligating RTTV America to produce "news blocks" and "TV programs"
for TV-Novosti)); *id.* at 3, 5 (TV-Novosti broadcasts content from RTTV America "within three
seconds" of receipt). *See also, e.g.*, 2017 Letter at Ex. 15 (Appendix No. 1 to Contract No.
1001/08-10 from August 17, 2010) (mandating RT be broadcast via Time Warner Cable in New
York, New Jersey and California); 2013 Letter at Ex. 12 (Contract No. 871/04-07, § 1.1 (Apr. 5,
2007) (defining the subject of the contract as the broadcast of Russia Today TV within the
"Territory," which is defined as "Washington, DC (United States of America)")).

[17]  2013 Letter at 3 (citing Exs. 11-20).  *See also, id.*, Ex. 11 (Contract No. 130, at 1 (Dec.
27, 2011)) (defining the "TV-Programme" to be distributed as "Russia Today TV (RTTV) (US
edition).").

[18]  2017 Letter, Ex. 10 (Additional agreement No. 8 to the Contract No. 1000/08-07 (June
18, 2015) (extending distribution agreement to August 31, 2017)).

[19]  "About Us," RT.com, https://www.rt.com/about-us/.

[20]  Intelligence Community Report at 3, 6.  *See also* Clint Watts, "Statement Prepared for
the U.S. Senate Select Committee on Intelligence Hearing: 'Disinformation: A Primer In Russian
Active Measures and Influence Campaigns,'" (Mar. 30, 2017),
https://www.intelligence.senate.gov/sites/default/files/documents/os-cwatts-033017.pdf.

[21]  Danilo Shepovalnikov, "Other TV," COMNEWS (Sept. 19, 2012),
http://www.comnews.ru/node/67949#ixzz4alUT012r.

Brian E. Dickerson, Esq.
August 17, 2017
Page 6

RT's broadcasts consistently mirror the opinions of the Kremlin, which, together with the state funding and other indicia of agency described above, indicate that both RTTV America and TV-Novosti act as alter egos of the Kremlin in ensuring dissemination of the Russian Government viewpoint on key political events. Therefore, the Russian Government itself should be construed as a foreign principal on whose behalf RTTV America is engaged in political activities in the United States.

For example, an April 5, 2017, broadcast of the RT America show, "News with Ed," featured a guest calling into question the U.S. contention that Syrian president Bashar al-Assad had used chemical weapons against Syrian civilians.[22] A week later, an RT America broadcast continued that theme with another piece questioning the legitimacy of the U.S. Government's evidence that President Assad was behind the April 4, 2017, chemical attack.[23] This narrative mirrors the messaging coming out of the Kremlin, which posited that the chemical weapons were released when a rebel chemical stockpile was hit during airstrikes.[24]

Other recent examples of the alignment between RT America's coverage and Kremlin messaging include the following:

- After the United States announced new sanctions in response to Iran's ballistic missile testing in January 2017, RT America's coverage echoed the Kremlin's message that the ballistic missile testing did not violate the Joint Comprehensive Plan of Action (JCPOA).[25]

- In response to the release of the Intelligence Community Report, which highlighted the Kremlin's use of RT as a propaganda tool, both RT America's coverage of the report and the response from the Kremlin focused on claims that

---

[22] "Trump has 'drunk the Kool Aid' on Syrian narrative – fmr diplomat," RT America YouTube Channel (Apr. 5, 2017), https://www.youtube.com/watch?v=wK9e0v18tPk.

[23] "US report on Idlib attack 'misinterprets evidence,' 'politically motivated' – professor," RT America YouTube Channel (Apr. 12, 2017), https://www.youtube.com/watch?v=8BAzQwOepcU.

[24] *See, e.g.,* Tom O'Connor, "Putin, Russian Military Accuse Syrian Rebels of Framing Assad to Draw U.S. Support," Newsweek (Apr. 11, 2017), http://www.newsweek.com/russia-military-putin-rebel-chemical-attack-us-support-582621.

[25] *Compare* "Trump threatens Iran with sanctions, vows to scrap historic treaty," RT America YouTube Channel (Feb. 3, 2017), https://www.youtube.com/watch?v=ckJl7G_DLkk, *with* Ladane Nasseri and Alexei Anishchuk, "Europe, Russia Weigh In on Iranian Missiles as UNSC to Meet," Bloomberg (Jan. 31, 2017), https://www.bloomberg.com/news/articles/2017-01-31/eu-russia-weigh-in-on-iran-missiles-as-security-council-to-meet.

Brian E. Dickerson, Esq.
August 17, 2017
Page 7

> the report lacked any real evidence of Russian involvement in election interference.[26]

- Criticism of NATO is also a frequent theme in RT America broadcasts.[27] In a March 29, 2017 broadcast, for example, RT America presented news of the U.S. Senate vote to accept Montenegro into NATO.[28] RT America's opposition to Montenegro's entry into NATO aligns with the Russian government's vocal opposition to both the admission of Montenegro into NATO and to NATO as an organization.[29]

In sum, RTTV America is obligated to register under FARA because: (1) through its production and distribution of programming for RT broadcasts in the United States, it seeks to "influence . . . any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States, or with reference to the political or public interests, policies, or relations" of Russia, for or in the interests of Russia, and is therefore engaged in "political activities," *see* 22 U.S.C. § 611(o); and (2) it has acted as an agent of both RT and TV-Novosti in producing and distributing the content constituting those political activities (as described in more detail below).

---

[26] *Compare* "ODNI report on Russian interference is 'utter embarrassment' – Chris Hedges," RT America YouTube Channel (Jan. 10, 2017), https://www.youtube.com/watch?v=XamSi1DJFUo, *with* Andrew V. Pestano, "Kremlin: U.S. report on Russian hacking 'unfounded,' 'amateurishly emotional,'" UPI (Jan. 9, 2017), http://www.upi.com/Top_News/World-News/2017/01/09/Kremlin-US-report-on-Russian-hacking-unfounded-amateurishly-emotional/5821483979291/.

[27] *See, e.g.,* "Military buildup is a gesture of 'American commitment' – ex-diplomat," RT America YouTube Channel (Jan. 16, 2017), https://www.youtube.com/watch?v=kKOGcY-EgrY; "NATO accused of warmongering against Russia," RT America YouTube Channel (June 21, 2016), https://www.youtube.com/watch?v=BdVxroezcww; "'NATO was created for aggression in first place': Kremlin on reports of new Western buildup," RT.com (Nov. 7, 2016), https://www.rt.com/news/365644-nato-aggression-created-kremlin/.

[28] *See* "NATO Wants to Bring Us 'As Close as Humanly Possible' to War," Ron Paul Institute (featuring March 29, 2017 RT footage), http://www.ronpaulinstitute.org/archives/peace-and-prosperity/2017/march/30/nato-wants-to-bring-us-as-close-as-humanly-possible-to-war/.

[29] *See, e.g.,* "Russia calls U.S. Approval of Montenegro's NATO Bid 'Deeply Mistaken," RadioFreeEurope (Apr. 14, 2017), https://www.rferl.org/a/russia-calls-us-approval-montenegro-nato-bid-deeply-mistaken/28429017.html; Jason Le Miere, "Russia Suggests Trump is no Different From Obama After Montenegro NATO Approval," Newsweek (Apr. 13, 2017), http://www.newsweek.com/russia-trump-obama-montenegro-nato-583688; Jack Farchy, "Putin names Nato among threats in new Russian security strategy," Financial Times (Jan. 2, 2016), https://www.ft.com/content/6e8e787e-b15f-11e5-b147-e5e5bba42e51.

Brian E. Dickerson, Esq.
August 17, 2017
Page 8

     3.  *RTTV America Also Has Served as a "Publicity Agent" and "Information-Service*
          *Employee" for TV-Novosti and RT*

     RTTV America's obligation to register under FARA is also triggered by two other
aspects of its work on behalf of TV-Novosti. First, by producing television programs within the
United States that TV-Novosti would later redistribute as part of RT (including distribution
within the United States) and by securing channels that TV-Novosti used to distribute RT
programming (including but not limited to the programs that RTTV America produced), RTTV
America "engage[d] directly or indirectly in the . . . dissemination of . . . broadcasts," and
therefore served as a "publicity agent."[30] 22 U.S.C. § 611(h). Second, because its programming
concerned "conditions" of a foreign government or "foreign country," including but not limited
to Russia, RTTV America also served as an "information-service employee" by "furnishing,
disseminating, or publishing" those programs. 22 U.S.C. § 611(i).

     In your correspondence, you have argued that "RTTV America is not under the control or
ownership of any foreign entity" and does not "seek or follow any editorial views from any
foreign entity."[31] As you put it, "RTTV America simply produces content which TV-Novosti
elects to broadcast or not."[32] However, FARA applies broadly to all "agent[s]," "employee[s],"
and "servant[s]" of foreign principals, including "any person who acts . . . at the order [or]
request" of a foreign principal. 22 U.S.C. § 611(c)(1). By directing RTTV America's actions
through the agreements at issue, TV-Novosti established an agency relationship sufficient to
satisfy the statute, regardless of the extent to which TV-Novosti allowed RTTV America
editorial latitude in the creation of content. Because RTTV America undertook (and in the case
of distribution of RT content, continues to undertake) the foregoing activities in the United States
pursuant to contract with (and at cost to) TV-Novosti, those actions were undertaken "for or in
the interests of" TV-Novosti. *See* 22 U.S.C. 611(c)(1)(ii). As noted above, because TV-Novosti
is a "legal entity registered in due form under the laws of the Russian Federation," with its
principal place of business in Russia,[33] it qualifies as a "foreign principal" under FARA. *See* 22

---

    [30] Margarita Simonyan has implied that the corporate arrangement between RTTV
America and TV-Novosti is, at least in part, an attempt to avoid RTTV America being
considered a foreign agent. In an October 2012 interview addressing the differences between
FARA and the then-draft Russian foreign agent registration law, Simonyan commented that "in
America, we are not a foreign agent because we operate through a commercial organization in
America. That is, our broadcasts in America are carried by an American commercial
organization, and we simply transfer money to them." Dozhd Online (July 11, 2012),
https://tvrain.ru/teleshow/harddaysnight/margarita_simonjan_o_dzhuliane_assanzhe_pussy_riot_
i_gosdepe_polnaja_versija-327931/.

    [31] 2013 Letter, at 5.

    [32] *Id.*

    [33] *See, e.g., id.,* Ex. 16 (Contract No. 1001/08-10 (Aug. 17, 2010) (quoted language
appearing in preamble to agreement)).

Brian E. Dickerson, Esq.
August 17, 2017
Page 9

U.S.C. § 611(b)(3). Indeed, you have previously conceded that RTTV America acts as TV-Novosti's agent.[34] Therefore, RTTV America has been acting, and continues to act, as an agent of a foreign principal and therefore is obligated to register under FARA.

Moreover, the contracts expressly give TV-Novosti the option of exercising editorial control over RTTV America's programming and distribution activities. As to the programs RTTV America produced for it, TV-Novosti was entitled to "[g]ive directions to [RTTV America], related to the services rendered under this Contract, which [RTTV America] [was] obliged to perform."[35] And as to the distribution contracts, TV-Novosti has the right to "[e]nsure that the content of the TV-programme will be in compliance with the requirements of the legislation of the Russian Federation about mass media."[36] In addition, under the distribution contracts, TV-Novosti also directs RTTV America to monitor the use of the RT content it distributes pursuant to those contracts. Specifically, the distribution agreement currently in effect until August 31, 2017, mandates RTTV America to "disallow any use of the TV-programme that may damage the professional integrity, accuracy, or editorial, artistic and technical quality of the TV-programme, or mutilates the content of the TV-programme."[37]

Finally, although you have not raised it, we note that although FARA does provide an exception for "bona fide news or journalistic activities," *see* 22 U.S.C. § 611(d), that statutory exemption does not apply to RTTV America's activities. The media exemption only applies if a media outlet "is not owned, directed, supervised, controlled, subsidized, or financed, and none of its policies are determined by any foreign principal[.]" *Id.* As already noted, RTTV America receives funding from TV-Novosti, which retains editorial control over programming content.

---

[34] *See* 2017 Letter at 3 (describing TV-Novosti as RTTV America's "foreign principal").

[35] 2013 Letter, Ex. 9 (Contract No. 05-24RT, ¶ 2.1.2). *See also* 2013 Letter, Ex. 10 (Agreement No. 06-01RT, ¶ 2.2.2 ("The Client shall: Give directions to the Contractor, related to the services rendered under this Contract, which the Contractor is obliged to perform.")); 2013 Letter Ex. 9 (Contract No. 05-24RT, ¶ 2.1.1 ("The Customer shall have the right to: Control the course and the quality of the Services rendered by the Contractor but at the same time not to interfere in the activity of the Contractor.")); 2013 Letter, Ex. 10 (Agreement No. 06-01RT, ¶¶ 1.2.2, 2.2.3 (requiring the parties to agree on the "theme of audiovisual product, length and other conditions" and giving TV-Novosti the right "[t]o check at any time the progress and quality of services rendered" without "interfering in . . . day-to-day operation," as well as the right to "[p]ropose" and "decline the candidates to the position of news reader")

[36] *See, e.g.*, 2013 Letter, Ex. 16 (Contract No. 1001/08-10 (Aug. 17, 2010) at ¶ 2.1.3).

[37] 2013 Letter, Ex. 17 (Contract No. 1000/08-07 (Aug. 22, 2007), at ¶2.3.3); 2017 Letter, Ex. 10 (Additional agreement No. 8 to the Contract No. 1000/08-07 (June 18, 2015) (extending distribution agreement to August 31, 2017)). *See also* n.19, *supra* (interview with RT General Manager Aleksey Nikolov in which he stated that foreign bureau content is put through an editorial process in Russia).

Brian E. Dickerson, Esq.
August 17, 2017
Page 10

## Conclusion

For the reasons stated above, RTTV America has an obligation to register under FARA. To be clear, registration would not require RTTV America to alter the content of its programming in any manner; indeed, if registered as required, RTTV America would be free to facilitate the dissemination of any content it chooses. Rather, registration would simply allow media outlets purchasing RTTV America programming, and American viewers watching such programming, to be fully informed regarding the foreign influence behind the content on the network.

Please effect RTTV's registration within thirty (30) calendar days of the date of this letter.

Useful information and forms needed for registration may be found on our website at http://www.fara.gov. If you have any questions regarding registration, or have additional information to provide, please contact (b) (6), (b) (7)(C) by telephone at (202) 233-0776 or by e-mail at FARA.public@usdoj.gov.

Sincerely,

Heather H. Hunt
Chief, FARA Registration Unit

# Exhibit C

(19 Records)

Business Overview (1)
Phone Numbers (1)
Businesses with Same Address (2)
People with Same Address (2)
Quick Analysis Flags (1)
Associate Analytics Chart (1)
Background Information
FEIN Records Summary (1)
Business Profile Records Summary (1)
D&B Worldbase Summary (1)
Corporate Filings Summary (2)
People Information
Executive Affiliations Summary (1)
Potentially Adverse
Liens & Judgments Summary (4)
Full-Text Documents
Liens & Judgments (4)
Executive Affiliations (1)
FEIN Records (1)
Business Profile Records (1)
D&B Worldbase (1)
Corporate Filings (2)
Miscellaneous
Report Section(s) with no Matches (93)

## Business Overview (1 Section)



| | |
|---|---|
| **Address:** | 1325 G ST NW STE 250<br>WASHINGTON, DC 200053124 |
| **Phone Number:** | 00012029427440 |
| **Active Ticker Symbols:** | |
| **Inactive Ticker Symbols:** | |
| **Location of Incorporation:** | DISTRICT OF COLUMBIA |
| **Primary SIC Code:** | 7812 |
| **FEIN:** | 980361593 |
| **Registered Agent:** | CORPORATION SERVICE COMPANY |
| **Website Address:** | www.rttvamerica.com |
| **Filing Date:** | 12/07/2010 |
| **Filing Number:** | F10000005349 |
| **Officers/Directors/Contacts:** | ALEX YAGLOVSKY, PRESIDENT |
| **Officers/Directors/Contacts:** | MARK ANGELINI, MANAGER |
| **Officers/Directors/Contacts:** | ALEX YAGLOVSKY, PRES-CEO |
| **Officers/Directors/Contacts:** | ALEX YAZLOVSKY, ST |
| **Officers/Directors/Contacts:** | ALEX YAZLOVSKY, CD |

## Phone Numbers (1 Record)

| Business | Phone Number |
|---|---|
| RTTV AMERICA, INC. | +0001 (202) 942-7440 |

## FEIN Records Summary (1 Record)

| | Business Name | Business Address | FEIN | SIC Description | View Full-Text |
|---|---|---|---|---|---|
| 1. | THE PERENNIAL FOUNDATION | 1325 G ST NW STE 500 WASHINGTON, DC 20005 | 98-0361593 | TELEVISION FILM PRODUCTION | Full-Text |

## Business Profile Records Summary (1 Record)

| | Business Name | Business Address | Executive Name | Primary SIC Code | View Full-Text |
|---|---|---|---|---|---|
| 1. | RTTV AMERICA INC | 1325 G ST NW STE 250 WASHINGTON, DC 20005-3124 | MARK ANGELINI, MANAGER | MOTION PICTURE AND VIDEO PRODUCTION | Full-Text |

## D&B Worldbase Summary (1 Record)

| | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | RTTV AMERICA, INC. | 1325 G ST NW STE 250 WASHINGTON, DC 20005-3124USA | Full-Text |

## Corporate Filings Summary (2 Records)

|   | Business Name | Business Type | Status | Filing State | View Full-Text |
|---|---|---|---|---|---|
| 1. | RTTV AMERICA, INC. | FOREIGN CORPORATION | INACTIVE | FL | Full-Text |
| 2. | RTTV AMERICA, INC. | DOMESTIC CORPORATION | ACTIVE | DC | Full-Text |

## Businesses with Same Address (2 Records)

### 1325 G ST NW WASHINGTON, DC 20005

| | | |
|---|---|---|
| DOWNEY MCGRATH GROUP INC. | ASSOCIATES RELOCATION MANAGEMENT COMPANY, INC. | PARADIGM FUNDING & PAYMENT SOLUTIONS |
| HRS | SHEBA TRANSNATIONAL LAW FIRM | BELO CAPITAL BUREAU, INC. |
| RTTV STUDIOS LLC | TRUE SELF TRAINING | TRIBUNE MEDIA CTR |
| ZAMANI AND SCOTT LLP | NEIGHBORHOOD REINVESTMENT CORPORATION | ANSWER STAFFING SERVICES INC |
| FORT LAUDERDALE SUN SENTINEL | USAID/AFR SD | LIGHTSPEED |
| COMMUNITY OF CARING | BLACK AMERICA'S PAC | BEALE INC |
| MILITARY REPORTERS-EDITORS | SIRC | AMERICAN GENERAL LIFE INSURANCE COMPANY OF DELAWARE |
| THORN RUN PARTNERS | THE LAW OFFICES OF CHRISTOPHER G WALDRON | KING COMMUNICATIONS GROUP INC |
| PREFERRED FUNDING SOLUTIONS | CUSHLAND GROUP LLC, THE | DOYLE PERSONNEL SERVICES INC |
| APPRAISAL SUBCOMMITTEE | THOMSON MEDIA | TS & P AUCTIONS, LLC |
| FINANCIAL EXECUTIVES INTERNATIONAL | BEHRINGER HARVARD | APEX ENGINEERED SOLUTIONS |
| DRUG & ALCOHOL TESTING INDUSTRY ASSOCIATION, INCORPORATED | PARKING MGMT INC | NEIGHBORHOOD REINVESTMENT CORPORATION |
| SOCIAL TABLES, INC. | AIG LIFE INSURANCE CO. | THREESPOT |
| EAST TURKISTAN NATIONAL AWAKENING MOVEMENT INC. | BROOKSLAW PC | SALVAGEDATA RECOVERY LLC |
| PREFERRED OFFICES, LLC | FINANCE AND ADMINISTRATION ROUNDTABLE | RURAL TECHNOLOGIES STRATEGIES, INC. |
| HEART RHYTHM SOCIETY | FLEET BUSINESS SCHOOL INC. | CHESAPEAKE BAY ORGANIZATION DEVELOPMENT NETWORK, INC. |
| GREATER WASHINGTON COMMUNITY FOUNDATION | T & R PRODUCTIONS LLC | TAX FOUNDATION |
| CREDIT GLORY CREDIT REPAIR | HEART RHYTHM SOCIETY RESOURCE | STEVEN WINTER ASSOC |
| ROBERT BUNN | THREESPOT MEDIA LLC | CAPITOL INQUIRY INC. |
| HERMOSA CONSTRUCTION GROUP, LLC | GOVERNMENT SYSTEMS, INC. | THE GOWEN GROUP LAW OFFICE PLLC |
| UHY ADVISORS, INC. | AMERICAN ASSOCIATION OF NEUROSURGEONS, INC. | OFAC SANCTIONS LAWYERS-ZARKESH |
| SALVAGEDATA RECOVERY | SOUTH FLORIDA PBS, INC. | APEX ENGINEERED SOLUTIONS, LLC |
| WILDLIFE CONSERVATION SOCIETY | LIGHTSPEED LEGAL | TRICORE SYSTEMS, LLC |
| KTLA | HAMBURGER CO. | GILBERTSEN LAW OFFICE |
| CONKLING FISKUM & MCCORMICK | N H S A | CHICAGO TRIBUNE COMPANY WASHINTONG NEWS |
| AGILITY CONSTRUCTION, LLC | ALL SLATE AND TILE ROOFING CO | D & R MARKETING, INC. |
| PARKING MANAGEMENT INC | TRICORE SYSTEMS LLC | INSTITUTE SCRAP RECYCLING INDS |
| GESTALT PARTNERS LLC | ROBERT KEISLING MD | PBC 1325 G STREET LLC |
| HARTFORD COURANT | UNITED STATES GOVERNMENT | COSN |
| KALEIDOSCOPE HOLDINGS SRVS | WILDLIFE CONSERVATION SOCIETY | CONSORTIUM OF SCHOOL NETWORKING |
| NATAC, LLC | TRIBUNE BROADCASTING NEWS NETWORK, INC. | S.R. GUPTA, P.C. |
| ELECTRONIC EVIDENCE DISCOVERY INC | SOCIAL TABLES, INC. | HEART RHYTHM SOCIETY INC |
| HARDINGER & TANENHOLZ LLP | UNIZO REAL ESTATE DC EIGHT LLC | LIFESHIELD HOME SECURITY SYSTEM |

| BRAND MARQUARDT & CALLAHAN | | |

## 1325 G ST NW STE 250 WASHINGTON, DC 200053124

| BELO CAPITAL BUREAU, INC. | RTTV STUDIOS LLC | THE DALLAS MORNING NEWS CO. |
| T & R PRODUCTIONS LLC | | |

## People with Same Address (2 Records)

### 1325 G ST NW WASHINGTON, DC 20005

| DAVID PHELPS | MICHAEL FORSTER | LISA MCCURDY |
| DOUG MAAS | BARBARA CLAY | JOHN OGLESBY |
| BLANCHE PODIO | DENNIS WILLIAMS | DANIEL LUND |
| RICARDO VILLALOBOS | | |

### 1325 G ST NW STE 250 WASHINGTON, DC 200053124

| ROBERT MICHAUD | JAMES LANDERS | |
| WILLIAM PUSEY | AL BANEGAS | JOHN DRUM |
| MIKHAIL SOLODOVNIKOV | | |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| OFAC listing: | No |
| Global Sanctions: | No |
| Business Address Used as Residential Address: | YES |
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | No |
| Other Businesses Linked to the Business Address: | YES |
| Other Businesses Linked to Same FEIN: | YES |
| Key Nature of Suit: | No |
| Party to a Class Action last 12 months: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| YAGLOVSKY, ALEXANDER | | | Shared Phone Number | No | No |
| THE PERENNIAL FOUNDATION | 1325 G ST NW STE 500 WASHINGTON, DC 20005 | High Rise | Shared Person Contact | No | No |
| RTTV STUDIOS LLC | 1325 G ST NW STE 250 WASHINGTON, DC 20005 | High Rise | Shared Business Name | No | No |
| MARK ANGELINI | 1325 G ST NW STE 250 WASHINGTON, DC 20005 | | Shared Phone Number | No | No |
| | | | | | |

| RTTV Associates AMERICA, INC. | 1325 G ST NW STE 250 WASHINGTON, DC 20005 | Address Type High Rise | Strength/Type of Association Shared Business Name | Global Sanctions? No | OFAC? No |
|---|---|---|---|---|---|

## Executive Affiliations Summary (1 Record)

| | Executive Name | Business Name | Business Address | View Full-Text |
|---|---|---|---|---|
| 1. | ALEX YAGLOVSKY, PRES-CEO | RTTV AMERICA, INC. | 1325 G ST NW STE 250 WASHINGTON, DC 20005-3124USA | Full-Text |

## Liens & Judgments Summary (4 Records)

| | Debtor | Creditor | Amount | Filing Type | Filing Location | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | RTTV AMERICA INC. | DISTRICT OF COLUMBIA | $1,009,279.00 | TAX LIEN - STATE | DISTRICT OF COLUMBIA COUNTY, DC | Full-Text |
| 2. | RTTV AMERICA INC | STATE OF DIST OF COLUMBIA | $1,009,279.00 | STATE TAX LIEN | DISTRICT OF COLUMBIA COUNTY, DC | Full-Text |
| 3. | RTTV AMERICA INC | STATE OF NEW YORK | $3,257.00 | STATE TAX WARRANT | ALBANY COUNTY, NY | Full-Text |
| 4. | RTTV AMERICA INC | STATE OF NEW YORK | $3,257.00 | STATE TAX WARRANT RELEASE | ALBANY COUNTY, NY | Full-Text |

## Liens & Judgments (4 Records)

To Summary

### Filing Number: 2014071887 | Filing Type: TAX LIEN | Filing Date: 8/7/2014

### Debtors

| Debtor Name: | RTTV AMERICA INC. | | |
|---|---|---|---|
| Business DUNS: | 95-729-2209 | | |
| Reported Date: | 8/7/2014 | | |
| Address: | 1325 G ST. NW SUITE 250 WASHINGTON, DC 20005 | | |

### Creditors

| Credit Holder: | DISTRICT OF COLUMBIA | Credit Holder Level: | STATE |
|---|---|---|---|

### Filing Information

| Filing Type: | TAX LIEN | | |
|---|---|---|---|
| Tax Type: | FRANCHISE | | |
| Filing Date: | 8/7/2014 | | |
| Filing Number: | 2014071887 | Page/Volume Number: | - |
| Filing Office: | RECORDER OF DEEDS | Filing Office DUNS: | 362458002 |

| Address: | 1101 4TH STREET SW, 5TH FLOOR WASHINGTON, DC 20024 | Reported Date: | 8/7/2014 |
|---|---|---|---|
| County: | DISTRICT OF COLUMBIA | | |

## Liens

| Lien Amount: | $1,009,279.00 | | |
|---|---|---|---|
| Lien Status: | OPEN | Status Date: | 8/7/2014 |

## Subjudgments

| Number of Subjudgments: | 0 |
|---|---|

To Summary

## Filing Type: STATE TAX LIEN | Filing Date: 8/7/2014

### Filing Information

| Filing Number: | 2014071887 | | |
|---|---|---|---|
| | | Filing Type: | STATE TAX LIEN |
| Action Type: | STATE TAX LIEN | | |
| Filing Date: | 8/7/2014 | | |
| Filing Office: | WASHINGTON DC RECORDER'S OFFICE | Court ID: | DCDISC1 |
| Venue: | 515 D ST NW RM 203 WASHINGTON, DC 20001 | County: | DISTRICT OF COLUMBIA |

### Debtor Information

| Debtor: | RTTV AMERICA INC | Debtor Type: | BUSINESS |
|---|---|---|---|
| Address: | 1325 G ST NW #250 WASHINGTON, DC 20005 | | |
| Debtor Amount: | $1,009,279.00 | | |

### Creditor Information

| Creditor: | STATE OF DIST OF COLUMBIA |
|---|---|

To Summary

## Filing Type: STATE TAX WARRANT | Filing Date: 1/28/2014

### Filing Information

| Filing Number: | E031065656W0014 | Hidden Filing Number: | 0310656560014 |
|---|---|---|---|
| | | Filing Type: | STATE TAX WARRANT |
| Action Type: | STATE TAX WARRANT | | |
| Filing Date: | 1/28/2014 | | |
| Filing Office: | ALBANY COUNTY CLERK | Court ID: | NYALBC1 |
| Venue: | 32 N. RUSSELL RD ALBANY, NY 12206 | County: | ALBANY |

### Debtor Information

| Debtor: | RTTV AMERICA INC | Debtor Type: | BUSINESS |
|---|---|---|---|
| Address: | 1325 G ST #250 WASHINGTON, DC 20005 | | |
| Debtor Amount: | $3,257.00 | | |

### Creditor Information

| Creditor: | STATE OF NEW YORK |
|---|---|

To Summary

## Filing Type: STATE TAX WARRANT RELEASE | Filing Date: 1/28/2014

### Filing Information

| | | | |
|---|---|---|---|
| Filing Number: | E031065656W0014 | Hidden Filing Number: | 0310656560014 |
| Original Filing Number: | E031065656W0014 | | |
| | | Filing Type: | STATE TAX WARRANT RELEASE |
| Action Type: | STATE TAX WARRANT | | |
| Filing Date: | 1/28/2014 | Release Date: | 4/16/2015 |
| Filing Office: | ALBANY COUNTY CLERK | Court ID: | NYALBC1 |
| Venue: | 32 N. RUSSELL RD ALBANY, NY 12206 | County: | ALBANY |

### Debtor Information

| | | | |
|---|---|---|---|
| Debtor: | RTTV AMERICA INC | Debtor Type: | BUSINESS |
| Address: | 1325 G ST #250 WASHINGTON, DC 20005 | | |
| Debtor Amount: | $3,257.00 | | |

### Creditor Information

| | |
|---|---|
| Creditor: | STATE OF NEW YORK |

# Executive Affiliations (1 Record)

[To Summary](#)

## ALEX YAGLOVSKY, RTTV AMERICA, INC.

### Executive Information

| | | | |
|---|---|---|---|
| Full Executive Name: | ALEX YAGLOVSKY | Executive Title: | PRES-CEO |

### Business Information

| | | | |
|---|---|---|---|
| Company Name: | RTTV AMERICA, INC. | Company Address: | 1325 G ST NW STE 250 WASHINGTON, DC 20005-3124 |
| Company Phone: | (202) 942-7440 | | |

### Other Information

| | | | |
|---|---|---|---|
| | | DUNS Number: | 95-729-2209 |

Data by Dun & Bradstreet, COPYRIGHT ©2021 DUN & BRADSTREET, INC.

# FEIN Records (1 Record)

[To Summary](#)

| | | | |
|---|---|---|---|
| Company Name: | THE PERENNIAL FOUNDATION | Parent Company Name: | RTTV AMERICA INC |
| TaxPayer I.D.FEIN: | 98-0361593 | | |
| Business Address: | 1325 G ST NW STE 500 WASHINGTON, DC 20005 | | |
| Executive Name: | ALEX YAGLOVSKY | Executive Title: | PRESIDENT |
| SIC: | 78120110 | SIC Description: | TELEVISION FILM PRODUCTION |
| Source of Information: | DEPARTMENT OF TREASURY - TAX EXEMPT | | |

## Business Profile Records (1 Record)

To Summary

| | | | |
|---|---|---|---|
| Business Name: | RTTV AMERICA INC | | |
| Business Address: | 1325 G ST NW STE 250 WASHINGTON, DC 20005-3124 | | |
| Primary Country: | USA | | |
| Area Code & Phone Number: | (202) 942-7440 | | |
| | | Web Address: | www.rttvamerica.com |
| Contact: | MARK ANGELINI | Contact's Title: | MANAGER |
| Primary SIC Code: | 7812 MOTION PICTURE AND VIDEO PRODUCTION | | |
| Primary NAICS Code: | 512110 MOTION PICTURE AND VIDEO PRODUCTION | | |
| | | Year Established: | 2008 |
| US Corporate Filings Number: | FL F10000005349 | | |
| | | Employees at Location Year: | 15 |
| Sales from Location Year: | $1,804,000 (2018) | Business Profile Record Update Date: | 4/1/2020 |

## D&B Worldbase (1 Record)

To Summary

### BusinessInformation

| | | | |
|---|---|---|---|
| Business Name: | RTTV AMERICA, INC. | | |
| Business Address: | 1325 G ST NW STE 250 WASHINGTON, DC 20005-3124 | | |
| County: | DISTRICT OF COLUMBIA | | |
| Country: | USA | | |
| Continent: | NORTH AMERICA | | |
| Phone Number: | (202) 942-7440 | | |
| Year Started: | 2005 | Operating Status: | ACTIVE |
| Duns ID: | 95-729-2209 | | |
| Last Update to Record: | 08/17/2019 | | |

### Management Team

| | | | |
|---|---|---|---|
| CEO Name: | ALEX YAGLOVSKY | Title: | PRES-CEO |

### Business Details

| | | | |
|---|---|---|---|
| Line of Business: | MOTION PICTURE AND VIDEO PRODUCTION, NSK | | |
| Primary SIC: | 7812 | Primary SIC Description: | MOTION PICTURE/VIDEO PRODUCTION |
| Total Employees: | 45-ACTUAL* | Employees Here: | 12-ESTIMATED |
| | *PRINCIPALS INCLUDED IN TOTAL | | |

### Financial Information

| | | | |
|---|---|---|---|
| Net Worth US: | NOT AVAILABLE | Profit US: | NOT AVAILABLE |
| Net Worth Local: | NOT AVAILABLE | Profit Local: | NOT AVAILABLE |
| Currency: | U.S. DOLLAR | | |

### Sales Information

| | | | |
|---|---|---|---|
| Annual Sales US: | $1,675,714 | Annual Sales Local: | $1,675,714-MODELED |

### Company History/Operations/Relationships & Other Information

## This Company's Specifics

| | |
|---|---|
| **DUNS:** | 95-729-2209 |
| **Country:** | USA |
| **Region:** | NORTH AMERICA |
| **Legal Status:** | 3 |
| **Business Is A:** | HEADQUARTERS/PARENT LOCATION |
| | NOT A SUBSIDIARY |

| | | | |
|---|---|---|---|
| **Parent Company DUNS:** | 95-729-2209 | **Parent Company Name:** | RTTV AMERICA, INC. |
| **Parent Company Address:** | 1325 G ST NW STE 250 WASHINGTON, DC 20005-3124 | | |
| **Country:** | USA | | |
| **Continent:** | NORTH AMERICA | | |

| | | | |
|---|---|---|---|
| **Ultimate Company DUNS:** | 95-729-2209 | **Ultimate Company Name:** | RTTV AMERICA, INC. |
| **Ultimate Company Address:** | 1325 G ST NW STE 250 WASHINGTON, DC 20005-3124 | | |
| **Country:** | USA | | |
| **Continent:** | NORTH AMERICA | | |

| | | | |
|---|---|---|---|
| **Headquarters Company DUNS:** | 95-729-2209 | **Headquarters Company Name:** | RTTV AMERICA, INC. |
| **Headquarters Company Address:** | 1325 G ST NW STE 250 WASHINGTON, DC 20005-3124 | | |
| **Country:** | USA | | |
| **Continent:** | NORTH AMERICA | | |
| **Total Number of Family Members:** | 2 | | |

Data by Dun & Bradstreet, COPYRIGHT ©2021 DUN & BRADSTREET, INC.

# Corporate Filings (2 Records)

[To Summary](#)

## RTTV AMERICA, INC.

| | |
|---|---|
| **Corporation Address:** | 1325 G ST NW;STE 250 WASHINGTON, DC 20005 |

### Filing Record

| | | | |
|---|---|---|---|
| **Filing Date:** | 12/7/2010 | | |
| **State of Incorporation:** | DISTRICT OF COLUMBIA | | |
| **Corporation Number:** | F10000005349 | | |
| **Status:** | INACTIVE | **Information Current Through:** | 10/06/2019 |
| **Corporation Type:** | PROFIT | | |
| **Business Type:** | FOREIGN CORPORATION | | |
| **Office Location Where Filed:** | STATE DEPARTMENT/CORPORATION DIVISION | **Office Address Where Filed:** | 409 E. GAINES ST TALLAHASSEE, FL 32301 |

### Officer

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| ALEX YAZLOVSKY | | 1325 G ST NW STE 250 WASHINGTON, DC 20005 | |
| ALEX YAZLOVSKY | | 1325 G ST NW STE 250 WASHINGTON, DC 20005 | |

## Registered Agent

| Name: | CORPORATION SERVICE COMPANY | | |
|---|---|---|---|
| Address: | 1201 HAYS STREET TALLAHASSEE, FL 32301 | | |

## Stock Records

| Annual Report Filed Date: | | 01/08/2016 | |
|---|---|---|---|

### Amendments

| Effective Date | History Code | Description |
|---|---|---|
| 01/09/2017 | MISCELLANEOUS | 2017 ANNUAL REPORT FILED. |
| 01/08/2016 | MISCELLANEOUS | 2016 ANNUAL REPORT FILED. |

To Summary

## RTTV AMERICA, INC.

### Filing Record

| Filing Date: | 7/6/2005 | | |
|---|---|---|---|
| State of Incorporation: | DISTRICT OF COLUMBIA | | |
| Corporation Number: | 252182 | | |
| Status: | ACTIVE | Information Current Through: | 05/04/2011 |
| Duns ID: | 95-729-2209 | Filing Office Duns ID: | 14-659-1110 |
| Corporation Type: | PROFIT | | |
| Business Type: | DOMESTIC CORPORATION | | |
| Office Location Where Filed: | TAX PROCESSING DIVISON | Office Address Where Filed: | 300 INDIANA AVE RM4008 WASHINGTON, DC 20001 |

### Registered Agent

| Name: | CORPORATION SERVICE COMPANY | | |
|---|---|---|---|
| Address: | 1090 VERMONT AVE., N.W. WASHINGTON, DC 20005 | | |

## Report Section(s) with no Matches (93 Records)

Full Business Description (SEC Filings), Business Finder Records Summary, D&B Market Identifier Records Summary, D&B PCI Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Annual Reports, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, People with Same Phone Number, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Other Securities Filings, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights

of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, UK Listing Authority Filings, International Prospectuses & 144As, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, UCC Filings, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Executive Biographies, Executive Profile Records, Professional Licenses, Business Finder Records, D&B Market Identifier Records, D&B PCI, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records