UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BUSINESS CASUAL HOLDINGS, LLC, )
a Delaware limited liability company, )
                                   )     Case No.: 1:21-cv-2007-JGK
         Plaintiff, )
                                     )
         v.                       )     **PLAINTIFF'S APPLICATION FOR AN**
                                     )     **ORDER AUTHORIZING**
TV-NOVOSTI, a Russian autonomous )    **ALTERNATIVE SERVICE**
non-profit organization, )
                                     )
         Defendant. )
_____ )

Plaintiff Business Casual Holdings, LLC hereby seeks an order allowing alternative

service on Defendant TV-Novosti via email at Defendant's Email Address, *atkaryaeva@rttv.ru*,

and via service on Defendant's local counsel at Gottlieb Rackman & Reisman, P.C., 270

Madison Avenue, New York, New York 10016.

Dated: June 1, 2021                                   Respectfully submitted,

*Application granted.*
*Pursuant to Fed. R. Civ. P. 4(f)(3),*     By: _____
*service may be made on the*                          Anderson J. Duff
*defendant by email with*                          Duff Law PLLC
*a copy to the defendant's*                     43-10 Crescent St. Ste. 1217
*counsel. Proof of service*                      New York, New York 11101
*should be filed promptly*                     (t) 646.450.3607
*with the Court.*                                (e) ajd@hoganduff.com
      *So ordered.*
             *John G. Koeltl*                 *Attorneys for Plaintiff Business*
*6/2/21*     *U.S.D.J.*                     *Casual Holdings, LLC*

1