AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-2007-JGK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **TV-Novosti**
was received by me on *(date)* **April 22, 2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served Plaintiff's Complaint, Summons, First Amended Complaint, and the Court's June 2, 2021 Order Granting Plaintiff's Motion for Alternative Service on Defendant in accordance with the Court's June 2, 2021 Order Granting Plaintiff's Motion for Alternative Service pursuant to Fed. R. Civ. P. 4(f)(3) via email to *atkaryaeva@rttv.ru* with a copy to Defendant's counsel via email at *mmisthal@grr.com* on June 2, 2021 and a hard copy to Defendant's counsel, Marc P. Misthal at Gottlieb Rackman & Reisman, P.C., 270 Madison Avenue, New York, New York 10016, via USPS deposited with the Post Office on June 2, 2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6.2.2021**

*Server's signature*

**Anderson J. Duff, Attorney for Plaintiff**
*Printed name and title*

**43-10 Crescent St. Ste. 1217, New York, NY 11101**
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset