```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/21

BUSINESS CASUAL HOLDINGS, LLC,

          Plaintiff,

    - against -

TV-NOVOSTI,

          Defendant.

21-cv-2007 (JGK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Motion/Dispute:*

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:

**X** Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: _____

**SO ORDERED.**

New York, New York
July 14, 2021

                                 /s/ John G. Koeltl
                                 John G. Koeltl
                             United States District Judge

---

* Do not check if already referred for general pretrial.