UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUSINESS CASUAL HOLDINGS, LLC,

                Plaintiff,

  - against -

TV-NOVOSTI,

                Defendants.

21-cv-2007 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint by July 30, 2021. The defendant may move or answer by August 20, 2021. If the defendant moves, the plaintiff will respond by September 10, 2021 and the defendant will reply by September 21, 2021.

    The conference scheduled for August 9, 2021 is canceled.

SO ORDERED.

Dated:    New York, New York
           July 14, 2021

                                    John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/21