# Exhibit A

| Channel Name | YouTube URL | Verification of RT association |
|---|---|---|
| RT en Espanol | https://www.youtube.com/user/ActualidadRT | https://drive.google.com/file/d/1_Ib3VSs6s2iLlAOgnD95_lFa0c4sTYIb/view |
| RT Arabic | https://www.youtube.com/user/RTarabic | https://drive.google.com/file/d/1DqIr6_t7rgicncHftX_9_XC0rZ9So2aV/view |
| Ruptly | https://www.youtube.com/user/RuptlyTV | https://drive.google.com/file/d/1fffxQnwR1iJk2pODlnYGLPfuTnRh-mwq/view |
| RT | https://www.youtube.com/user/RussiaToday | https://drive.google.com/file/d/1v8W7H4ca8XCDS4bM58Sj3zJDCvvIOKqA/view |
| RT на русском | https://www.youtube.com/user/rtrussian | https://drive.google.com/file/d/1di4jJtq-qz87RT_Qgnt7slJ3KepZ4uTz/view |
| RT DE | https://www.youtube.com/user/rtdeutsch | https://drive.google.com/file/d/1iQtvgN3jxDDyjwdFHStWsvaw9Id6_jv3/view |
| RT Documentary | https://www.youtube.com/user/RTDocumentaries | https://drive.google.com/file/d/1AAXKu-VP21cAQUfgHb8JZ_-8wjNhOPj5/view |
| RT France | https://www.youtube.com/user/rtenfrancais | https://drive.google.com/file/d/1vs53QKPKyqrWQtA22nSiObRV_11O2MRy/view |
| Ahí les Va | https://www.youtube.com/c/AhilesVa | https://drive.google.com/file/d/1qg4ewiP3T6qjCh-Q387Vv5Km20AmuTrq/view |
| РТД на Русском | https://www.youtube.com/user/RTDrussian | https://drive.google.com/file/d/1Vds51igwoDXX9cp0hFADsb932JJmA9zr/view |
| Documentales de RT | https://www.youtube.com/c/DocumentalesdeRT | https://drive.google.com/file/d/1740F9P8y55khrE2NV0dm1bR6O5whBkrj/view |
| RT America | https://www.youtube.com/user/RTAmerica | https://drive.google.com/file/d/1VmgztKzRuQmn1WtlEOZs4L2IFARe8yW0/view |
| RT Online | https://www.youtube.com/c/rtonlinearabic | https://drive.google.com/file/d/1MIF9bCerNjbWVxHLrzT0u_otD-U9CaI8/view |
| RT UK | https://www.youtube.com/user/RTUKnews | https://drive.google.com/file/d/1lJ6Z8C_SYJAr63ozgaZKMr7_bmefFs0s/view |
| RT Sport MMA | https://www.youtube.com/user/RTSportNews | https://drive.google.com/file/d/1D5G4BMTClWZ29QZxgk2Gv-rh1-fXbLJd/view |
| RT en vivo | https://www.youtube.com/c/RTenvivo | https://drive.google.com/file/d/1MdSuiNGqf3DdUDj7S1NkzDL8D8tSimkn/view |
| RT Play en Espanol | https://www.youtube.com/channel/UCfWjYtR_58yLvLf4cCPX16w | https://drive.google.com/file/d/1fl1baxjHBEMxz-g6aW_nBH28cQBVJC99/view |
| Keiser Report en Español | https://www.youtube.com/c/KeiserReportenEspañol | https://drive.google.com/file/d/14PIRyNn0E5TM3iZ8tBzEFg94PPTnyshd/view |
| Going Underground on RT | https://www.youtube.com/user/GoingUndergroundRT | https://drive.google.com/file/d/1vuhACWk2MnB_WGPsoqnIrhzch_vaVVCT/view |
| Прекрасная Россия бу-бу-бу | https://www.youtube.com/c/ПрекраснаяРоссиябубубу | https://drive.google.com/file/d/1b0NRVNUHPeL0PmJQWnQgSN2MAj1Gqfa6/view |
| Redacted Tonight | https://www.youtube.com/user/redactedtonight | https://drive.google.com/file/d/1f6ZZVcFqXQuVfsgGxXWnqcn6xRHElnwy/view |
| ALT ИСТОРИЯ | https://www.youtube.com/c/Altistoria/featured | https://drive.google.com/file/d/1jyzekpyij7ueY2ks21StoCL6IfBN5QbM/view |
| Boom Bust | https://www.youtube.com/user/BoomBustRT | https://drive.google.com/file/d/18Z28pwHuk83Gz4X7adP8DzJaZnTBJU8s/view |
| 451 Grad | https://www.youtube.com/c/451Grad | https://drive.google.com/file/d/1fTqXj4QmjIQG_CxR9zv2iO4LpCzwK52Y/view |
| WorldsApaRT | https://www.youtube.com/user/WorldsApartRT | https://drive.google.com/file/d/17aRymyyiJih_h78bKcPf_qGyYxhQ1zZH/view |
| Der Fehlende Part | https://www.youtube.com/c/DerFehlendePart | https://drive.google.com/file/d/10UeAjWudpyAeEs3wE8qCssACYFMqQLT2/view |
| primetimeru | https://www.youtube.com/user/primetimeru | https://drive.google.com/file/d/1lDcoP1dVw1duwp6_3WAY7y2mq4vxnjp1/view |
| The Big Picture RT | https://www.youtube.com/user/TheBigPictureRT | https://drive.google.com/file/d/1bE7nf80qTUJokz8GzEbhOXYpLMuuG-PO/view |
| Breaking the Set | https://www.youtube.com/user/breakingtheset | https://drive.google.com/file/d/1VNgv1IsIBREIPafS1n2sbgvTf8YflYH4/view |
| Watching the Hawks RT | https://www.youtube.com/c/WatchingTheHawks | https://drive.google.com/file/d/1vCkpN51oMiutKzOctAJ_qo2jxltSZ7FD/view |
| TheAlyonaShow | https://www.youtube.com/user/TheAlyonaShow | https://drive.google.com/file/d/1lgIv4cvYah-Ce23-UN2g00rjAzcnfqJ9/view |
| La lista de Erick | https://www.youtube.com/c/LalistadeErick | https://drive.google.com/file/d/14Gvjf9VnX1HgB_aEDpBDZBsy0LBQgB6U/view |
| MoscowOut | https://www.youtube.com/user/MoscowOut | https://drive.google.com/file/d/1YZDvg0uoXsiEMcji3km_fdQHmYgLl4gF/view |
| RT Chinese | https://www.youtube.com/c/RTChinese | https://drive.google.com/file/d/1WfDeaYi0DBczrYX9VwGI10v9WXOLJoOl/view |
| Eat the Press | https://www.youtube.com/channel/UCjTpFYtmos3AlcfBX3dG5cA | https://drive.google.com/file/d/1ScoAZYch_8T2GvNKyE9tL9QOYCSM6SUC/view |
| SOAPBOX | https://www.youtube.com/user/InTheNowRT | https://drive.google.com/file/d/1nHGERPlI0G5C6zY5k3QSuu7m6-sZ9aDR/view |
| LearnRussianwithRT | https://www.youtube.com/user/LearnRussianwithRT | https://drive.google.com/file/d/1eBe2JB1k6dOST4kpIb8PqXPKI3QlCZjO/view |
| CapitalAccount | https://www.youtube.com/user/CapitalAccount | https://drive.google.com/file/d/1loE9YoC6AA3aThFBTDa4rkElpYsK_eut/view |
| RT Digital | https://www.youtube.com/c/RTDigital | https://drive.google.com/file/d/1i5vlq0mZ8UpcXrgnyIdM-m8eXhbrmwtH/view |