# Exhibit B

**Registration #:** PA0002280262
**Service Request #:** 1-10243688428

## Mail Certificate

Duff Law PLLC
Anderson J Duff
43-10 Crescent St. Ste. 1217
New York, NY 11101 United States

**Priority:** Special Handling   **Application Date:** March 08, 2021

**Note to C.O.:** Thank you.

## Correspondent

**Organization Name:** Duff Law PLLC
**Name:** Anderson J Duff
**Email:** ajd@hoganduff.com
**Telephone:** (646)450-3607
**Address:** 43-10 Crescent St. Ste. 1217
New York, NY 11101 United States

**Registration Number**

**PA 2-280-262**

**Effective Date of Registration:**
March 08, 2021
**Registration Decision Date:**
March 08, 2021

## Title

**Title of Work:** How Rockefeller Built His Trillion Dollar Oil Empire

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 25, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Business Casual Holdings, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Business Casual Holdings, LLC
919 NORTH MARKET STREET, SUITE 950, WILMINGTON, DE, 19801, United States

## Limitation of copyright claim

**Material excluded from this claim:** preexisting photograph(s)

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Duff Law PLLC
**Name:** Anderson J Duff
**Email:** ajd@hoganduff.com
**Telephone:** (646)450-3607
**Address:** 43-10 Crescent St. Ste. 1217

New York, NY 11101 United States

## Certification

**Name:** Anderson J. Duff
**Date**: March 08, 2021