# Exhibit D

## a kind request from YouTube team  Inbox

**Elisabet Lykhina** <elykhina@google.com>
to me

hello Alex,

my name is Elisabet Lykhina, and I am an EMEA YouTube partner manager.

I would like to kindly get in touch with you to discuss the current case of 3 YT strikes that your channel Business Casual has recently sent to a RU/CIS news YT channel RT Arabic.

Can you please get back to us to discuss details?
We would like to bring additional insights to this case.

your answer will be strongly appreciated,
thank you,

--
Elisabet Lykhina
Head of YouTube Enterprise partnerships for CIS
Moscow office

Fri, Mar 19, 2:36 AM