# Exhibit F



**Statement from Russia's Foreign Ministry of Affairs, Maria Zakharova:**

*"Writing on Facebook, Russia's Foreign Ministry spokesperson Maria Zakharova accused the social network of "another act of censorship. "I'm tired of repeating hackneyed, politically correct phrases," she said. "So let me be blunt: American digital giants have raped free speech."*

(Screenshot captured on: April 22, 2021)

# Facebook post by Russia's Foreign Ministry of Affairs, Maria Zakharova:



(Screenshot captured on: March 31, 2021)

**English translation of Maria's Zakharova's facebook post:**

*The American video hosting YouTube has blocked the account of the Arabic version of the RT TV channel. The audience of the information resource, which is 5.5 million subscribers, was disconnected from the channel's materials without explanation. Given that RT is regularly subjected to unprecedented pressure in Western countries, where they are trying to compete with the popular TV channel with such unscrupulous methods,* ==I assume that this is another act of censorship by American platforms. Tired of repeating hackneyed politically correct phrases. Therefore, I'll put it bluntly: American digital giants have raped freedom of speech. Exactly so, and nothing else.== *This is a familiar thing for the elites in the United States. But what the Americans allow their domestic monopolists to do is their business. At first, they "don't see" the problem for decades, and then they start conducting global campaigns like #metoo and #BLM. But in this case, it is not an American jurisdiction. What else needs to happen to make it clear:*

*the world "cannot breathe" from the American abuse of the rights of journalists and freedom of speech?* ==The only reasonable explanation for such violence and harassment is that it was done by "internal American terrorists."== *UPD just unlocked. This is the only way to understand.*