# Exhibit G



**Screenshot of now-deleted Twitter post from Maya Manna, a representative of TV-Novosti.**

(Screenshot captured on: March 31, 2021)



Screenshot of Telegram profile of Maya Manna,
a representative of TV-Novosti.

(Screenshot captured on: April 22, 2021)

**English translation:**
"Maya Manna"
"Head of RT Arabic"



**Screenshot of Telegram post by Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

**English translation:**
*"We assume that RT Arabic has come under a coordinated attack. Over the past 13 years, more than 5.5 million users have subscribed to RT Arabic, garnered 2.8 billion views, and has become one of the leading voices in the global Arabic language news space. That voice may be now drowned out using unproven allegations of copyright infringement on several historical photographs made by Business Casual Holdings. We are concerned that the false statements by Business Casual Holdings staying that its organization is "suing the Russian authorities" while it is suing RT for copyright infringement suggests the possibility of political bias of its initiative."*



**Screenshot of Telegram post by Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

**English translation:**
*"YouTube has blocked our RT in Arabic with 5.5 million subscribers and nearly three billion views. Understanding."*



**Screenshot of Telegram post by Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

**English translation:**
*"YouTube has restored the RT Arabic channel. We thank our Russian partners for their prompt response."*



**Screenshot of Telegram post by Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

**English translation:**
*"Comment from YouTube:*

*'Today's brief blocking of RT Arabic was unintentional. We will analyze and draw conclusions about what needs to be done to avoid such unintentional actions in the future.'"*



**Screenshot of quote from Maya Manna,
a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)

*"Maya Manna said in response to a claim by Business Casual Holdings [that] [RT Arabic] infringed [upon Business Casual's] copyright[s], describing it as a 'coordinated attack by an organization funded by the rich for political reasons.'"*



Video hosting YouTube has blocked RT Arabic account with an audience of 5.5 million subscribers. This was announced on Wednesday, March 31, by RT editor-in-chief Margarita Simonyan.

"YouTube has blocked our RT in Arabic with 5.5 million subscribers and nearly 3 billion views. Let's figure it out, "she wrote in her Telegram channel.



Maya Manna, head of RT Arabic, said the channel "was under a coordinated attack from a company backed by a large financial institution."

The official representative of the Russian Foreign Ministry, Maria Zakharova, reacted to the blocking of the account. In particular, she called it another act of censorship by American Internet platforms.

"Tired of repeating hackneyed politically correct phrases. Therefore, I'll put it bluntly: American digital giants have raped freedom of speech. Exactly so, and nothing else. This is a usual thing for elites in the United States, "Zakharova wrote on Facebook.

She drew attention to the fact that the actions of the American information monopolists on internal American issues concern only them. However, in the case of RT, "this is not an American jurisdiction."

"The only reasonable explanation for such violence and harassment was done by 'internal American terrorists,'" Zakharova summed up.

YouTube has previously blocked Russian media accounts. So, on March 18, video hosting blocked the possibility of publications and live broadcasts on the Vesti.Krym channel. The reason for the blocking was the publication on April 21, 2019 under the

"If we take and close YouTube, we will deprive many of their earnings"

HRC Head Valery Fadeev - on the blocking of foreign Internet resources, the results of the meeting with the President and restrictions during the pandemic

**Screenshot of quote from Maya Manna, a representative of TV-Novosti.**

(Screenshot captured on: April 22, 2021)