# Exhibit H

| DATE | | SUBSCRIBERS | | VIDEO VIEWS | | ESTIMATED EARNINGS |
|---|---|---|---|---|---|---|
| 2021-03-04 | Thu | — | 5.41M | +3,132,473 | 2,881,323,220 | $783 - $12.5K |
| 2021-03-05 | Fri | +10K | 5.42M | +3,533,279 | 2,884,856,499 | $883 - $14.1K |
| 2021-03-06 | Sat | — | 5.42M | -6,979,790 | 2,877,876,709 | $-1.7K - $-27.9K |
| 2021-03-07 | Sun | +10K | 5.43M | -61,157,444 | 2,816,719,265 | $-15.3K - $-244.6K |
| 2021-03-08 | Mon | — | 5.43M | -6,327,295 | 2,810,391,970 | $-1.6K - $-25.3K |
| 2021-03-09 | Tue | — | 5.43M | +3,116,351 | 2,813,508,321 | $779 - $12.5K |
| 2021-03-10 | Wed | +10K | 5.44M | +9,852,529 | 2,823,360,850 | $2.5K - $39.4K |
| 2021-03-11 | Thu | — | 5.44M | +2,520,925 | 2,825,881,775 | $630 - $10.1K |
| 2021-03-12 | Fri | — | 5.44M | +2,507,435 | 2,828,389,210 | $627 - $10K |
| 2021-03-13 | Sat | +10K | 5.45M | +2,378,333 | 2,830,767,543 | $595 - $9.5K |
| 2021-03-14 | Sun | — | 5.45M | -38,303,848 | 2,792,463,695 | $-9.6K - $-153.2K |
| 2021-03-15 | Mon | — | 5.45M | +1,937,849 | 2,794,401,544 | $484 - $7.8K |
| 2021-03-16 | Tue | +10K | 5.46M | -6,818,236 | 2,787,583,308 | $-1.7K - $-27.3K |
| 2021-03-17 | Wed | — | 5.46M | +2,129,093 | 2,789,712,401 | $532 - $8.5K |
| 2021-03-18 | Thu | — | 5.46M | -10,350,850 | 2,779,361,551 | $-2.6K - $-41.4K |
| 2021-03-19 | Fri | — | 5.46M | — | 2,779,361,551 | $0 - $0 |
| 2021-03-20 | Sat | +10K | 5.47M | +4,798,074 | 2,784,159,625 | $1.2K - $19.2K |
| 2021-03-21 | Sun | — | 5.47M | +3,491,289 | 2,787,650,914 | $873 - $14K |
| 2021-03-22 | Mon | +10K | 5.48M | +3,249,974 | 2,790,900,888 | $812 - $13K |
| 2021-03-23 | Tue | — | 5.48M | — | 2,790,900,888 | $0 - $0 |
| 2021-03-24 | Wed | — | 5.48M | +7,624,748 | 2,798,525,636 | $1.9K - $30.5K |
| 2021-03-25 | Thu | +10K | 5.49M | +3,429,672 | 2,801,955,308 | $857 - $13.7K |
| 2021-03-26 | Fri | — | 5.49M | +3,980,320 | 2,805,935,628 | $995 - $15.9K |
| 2021-03-27 | Sat | +10K | 5.5M | +2,187,793 | 2,808,123,421 | $547 - $8.8K |
| 2021-03-28 | Sun | — | 5.5M | -8,934,500 | 2,799,188,921 | $-2.2K - $-35.7K |
| 2021-03-29 | Mon | +10K | 5.51M | +3,607,061 | 2,802,795,982 | $902 - $14.4K |
| 2021-03-30 | Tue | — | 5.51M | +2,586,448 | 2,805,382,430 | $647 - $10.3K |
| 2021-03-31 | Wed | — | 5.51M | +1,507,730 | 2,806,890,160 | $377 - $6K |
| 2021-04-01 | Thu | — | 5.51M | -2,651,040,142 | 155,850,018 | $-662.8K - $-10.6M |
| 2021-04-02 | Fri | — | 5.51M | ⏺ LIVE — | 155,850,018 | $0 - $0 |

Data provided by SocialBlade.com for RT Arabic YouTube channel



*RT Arabic deletes several thousand videos with a collective view count in the billions. As shown above, RT has never mass-purged any other videos before Business Casual's DMCA takedown notices.*

Data provided by SocialBlade.com for RT Arabic YouTube channel.