UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>TV-NOVOSTI, a Russian autonomous non-profit organization,<br><br>    Defendant. | Case No.: 21-cv-2007-JGK-RWL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF BRIEFING DEADLINES** |

Having considered Business Casual's letter motion requesting a two-week extension of the deadlines for its memorandum opposing Defendant's motion to dismiss and Defendant's reply:

**IT IS HEREBY ORDERED AS FOLLOWS:** Plaintiff's memorandum opposing Defendant's motion to dismiss is due **September 24, 2021** and Defendants' reply is due **October 5, 2021**.

SO ORDERED.

Date: _____

                                                                                      Hon. John G. Koeltl
                                                                                      United States District Court Judge