IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TV-NOVOSTI, a Russian autonomous non-profit organization,<br><br>Defendant. | Civil Action No. 21-cv-2007<br><br>DECLARATION OF<br>LAINA C. LOPEZ |

I, Laina C. Lopez, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted pro hac vice to practice before this Court and am a partner in the law firm Berliner Corcoran & Rowe LLP ("BCR"), counsel of record for Defendant TV-Novosti ("Defendant") in the above-captioned action. I respectfully submit this declaration pursuant to Local Civil Rule 1.4 in support of the accompanying motion to withdraw as counsel of record for defendant TV-Novosti.

2. TV-Novosti and BCR have mutually and amicably agreed that alternative counsel would be more appropriate for TV-Novosti. Accordingly, TV-Novosti is in the process of seeking new counsel and has consented to BCR's withdrawal from this case. TV-Novosti requests that the court grant it sixty (60) days in which to retain new counsel.

3. BCR is not asserting a retaining or charging lien.

4. TV-Novosti filed a motion to dismiss which has been fully briefed. The court has scheduled oral argument for 10 am on March 18, 2022. Accordingly, TV-Novosti requests that oral argument be adjourned to a date that is two (2) weeks after the deadline set by the court for TV-Novosti to retain new counsel. No prior adjournment of the oral argument has been requested.

5.   Marc Misthal of Gottlieb, Rackman & Reisman, P.C. ("GRR"), contacted Plaintiff's counsel on March 9, 2022 and asked if Plaintiff would consent to an "adjournment of oral argument to a date that is two weeks after the deadline set by the court for TV-Novosti to retain new counsel." Plaintiff's counsel advised that Plaintiff "consent[s] to a two-week adjournment of oral argument in the above-captioned matter currently scheduled for March 18, 2022."

6.   Presently before the court is TV-Novosti's motion to dismiss. TV-Novosti has not yet filed an answer, a schedule has not yet been set, and the parties have not begun taking discovery. As a result, the withdrawal of BCR will not prejudice the parties or unnecessarily delay this action. Therefore, we respectfully request that the Court grant the motion to withdraw.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2022

_____
Laina C. Lopez