

INTELLECTUAL PROPERTY LAW

270 Madison Ave, New York, NY 10016 | T: (212) 684-3900 | F: (212) 684-3999 | www.grr.com

Marc P. Misthal
Principal
mmisthal@grr.com

March 10, 2022

**VIA ECF**
The Honorable John G. Koeltl
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **Business Casual Holdings, LLC v. TV-Novosti, 21-CV-2007-JGK**

Dear Judge Koeltl:

Our office represents Defendant TV-Novosti in connection with the above matter.

Earlier today our office, together with Berliner Corcoran & Rowe LLP filed a motion to withdraw as counsel for TV-Novosti.

The motion also respectfully requests that the Court adjourn the oral argument currently scheduled for March 18, 2022 at 10:00 a.m.  As set forth in the withdrawal papers, no prior request for an adjournment of oral argument has been made. In the withdrawal motion TV-Novosti requests sixty days to retain new counsel, and that oral argument be rescheduled for a date that is two weeks after the deadline set by the court for retaining new counsel..

The undersigned contacted Plaintiff's counsel on March 9, 2022 and asked if Plaintiff would consent to an "adjournment of oral argument to a date that is two weeks after the deadline set by the court for TV-Novosti to retain new counsel."  Plaintiff's counsel advised that Plaintiff "consent[s] to a two-week adjournment of oral argument in the above-captioned matter currently scheduled for March 18, 2022."

Respectfully submitted,

GOTTLIEB, RACKMAN & REISMAN, P.C.

Marc P. Misthal

MPM
cc:     Counsel of Record