UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>              v.<br><br>TV-NOVOSTI, a Russian autonomous non-profit organization,<br><br>        Defendant. | Case No.: 1:21-cv-02007-JGK<br><br>**Declaration of Antigone Peyton** |

I, Antigone Peyton, declare as follows:

1. I am an attorney admitted *pro hac* vice to practice before this Court and a member of Cloudigy Law PLLC ("Cloudigy"), counsel of record for Plaintiff Business Casual Holdings, LLC ("Business Casual") in the above-captioned action.

2. In accordance with Local Civil Rule 1.4, I respectfully submit this declaration in support of the accompanying motion to withdraw as counsel of record for Business Casual.

3. Business Casual and Cloudigy have mutually agreed that Business Casual would be better served by alternative counsel, and Business Casual has stated in an email that it has retained new counsel.

4. Business Casual consented to Cloudigy's requested withdrawal from this case.

5. Business Casual has been advised of all upcoming deadlines.

6. Cloudigy's withdrawal can be accomplished without material adverse effect on Business Casual's interests because the above-captioned action is currently stayed while Defendant seeks new counsel, Defendant has not yet filed its Answer, no case management schedule has been put in place, and the parties have not begun taking discovery. For these

1

reasons, withdrawal of Cloudigy will not prejudice either party or unnecessarily delay this action.

7. Cloudigy is not asserting a retaining or charging lien.

8. In the accompanying motion, Business Casual respectfully asks that the Court grant Business Casual sixty (60) days to retain new counsel.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 7, 2022
New York, New York

Respectfully submitted,

By: /Antigone Peyton/
Antigone Peyton (*pro hac vice*)
CLOUDIGY LAW PLLC
8255 Greensboro Drive
STE C-130 Box 5
Tysons Corner, Virginia 22102
(t) 703.249.9695
(f) 571.384.8529
(e) apeyton@cloudigylaw.com
*Counsel for Plaintiff*
*Business Casual Holdings, LLC*