UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TV-NOVOSTI,<br><br>*Defendant*. | Docket No.:<br>21-cv-2007 (JGK)<br><br>**CERTIFICATE OF DEFAULT** |

*To*: The Clerk of Court and all parties of record:

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on with the filing of a complaint on March 9, 2021 (Doc. #2). After the filing of an amended complaint on March 24, 2021 (Doc. #7), a copy of the summons and amended complaint was served on defendant TV-Novosti by email pursuant to the Court's order (Doc. #11), and proof of service was filed on June 3, 2021 (Doc. #12). Counsel for defendant appeared by notice filed on June 7, 2021 (Docs. # 13, 14).

On April 8, 2022, the Court memo-endorsed a motion by counsel for defendant to withdraw as attorneys, and provided that the case be "stayed until June 8, 2022 or such earlier time as new counsel files a notice of appearance on behalf of Business Casual," which had also been relieved. New plaintiff's counsel filed a notice of appearance on May 16, 2022 (Doc. # 49).

Plaintiff filed a Third Amended Complaint on May 20, 2022 (Doc. #52). On May 31, 2022, plaintiff filed a motion requesting permission to file a proposed certificate of default in light of defendant's failure to appear or respond since March 14, 2022.  On May 31, 2022, the Court granted the motion, setting a deadline of June 6, 2022 for defendant to answer or otherwise respond (Doc. 54). Pursuant to the Court's May 31, 2022 order, on June 1, 2022 plaintiff filed a certificate

of service showing email service of that order on defendant's prior counsel of record (Gottlieb, Rackman & Reisman, PC and Berliner Corcoran & Rowe LLP) and to any address for the defendant (atkaryaeva@rttv.ru).

     I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the Third Amended Complaint herein. The default of the defendant is hereby noted.

RUBY J. KRAJICK  
Clerk of Court  

By: *K. Mango*  
Deputy Clerk

Dated: New York, New York  
        June 9, 2022