```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

---

BUSINESS CASUAL HOLDINGS, LLC,
                  Plaintiff,        21-cv-2007 (JGK)

- against -                   ORDER

TV-NOVOSTI,
                  Defendant.

---

**JOHN G. KOELTL, District Judge:**

On June 21, 2022, the Court entered an Order to Show Cause why a Default Judgment should not be entered against the defendant, and directed the plaintiff to serve the Order to Show Cause on the defendant. ECF No. 64. The plaintiff should file proof of service of the Order to Show Cause on the defendant by **July 25, 2022.**

SO ORDERED.
Dated:    New York, New York
            July 18, 2022

                                    _____
                                       John G. Koeltl
                                United States District Judge