UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, *Plaintiff*, v. TV-NOVOSTI, *Defendant*. | Docket No.: 21-cv-2007 (JGK) **AFFIRMATION OF SERVICE** |

I, Ronald D. Coleman, declare under penalty of perjury that on this day I served, by email, a copy of the attached Order to Show Cause of June 21, 2022, along with the attached transmittal emails, pursuant to the terms and instructions of the Order.

By: _____
Ronald D. Coleman

DHILLON LAW GROUP INC.
A California Professional Corporation
50 Park Place, Suite 1105
Newark, NJ 07102
347-996-4840
rcoleman@dhillonlaw.com
*Attorneys for Plaintiff*

Date: July 19, 2022