```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------

BUSINESS CASUAL HOLDINGS, LLC,
                        Plaintiff,          21-cv-2007 (JGK)

        - against -                          ORDER

TV-NOVOSTI,
                Defendant.
---------------------------------------

**JOHN G. KOELTL, District Judge:**

On June 9, 2022, the Clerk of the Court issued a Certificate of Default as to the defendant TV-Novosti. ECF No. 58. On June 21, 2022, the Court entered an Order to Show Cause why a Default Judgment should not be entered against the defendant. ECF No. 64. The time to respond to the Order to Show Cause was July 8, 2022, id., but the plaintiff did not serve the Order to Show Cause on the defendant until July 19, 2022. ECF No. 66. Accordingly, the time to respond to the Order to Show Cause is extended to **August 8, 2022**. The plaintiff should serve this Order on the defendant and file proof of service by **July 25, 2022**.

SO ORDERED.
Dated:   New York, New York
         July 20, 2022

                                    _____
                                         John G. Koeltl
                                    United States District Judge