UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUSINESS CASUAL HOLDINGS, LLC.,

               Plaintiff,

     - against -

TV-NOVOSTI,

               Defendant.

21-cv-2007 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant, TV-Novosti, has failed to respond to the Order to Show Cause for a Default Judgment, ECF No. 64, despite two extensions of time to respond. Accordingly, the plaintiff, Business Casual, Inc., is entitled to a default judgment against the defendant. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
          October 7, 2022

                                         John G. Koeltl
                             United States District Judge