IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS CASUAL HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TV-NOVOSTI, a Russian autonomous non-profit organization,<br><br>Defendant. | Civil Action No. 21-cv-2007 |

### DEFENDANT TV-NOVOSTI'S NOTICE OF MOTION FOR APPOINTMENT OF COUNSEL

**PLEASE TAKE NOTICE** that the Defendant moves the Court for an order appointing counsel to represent TV-Novosti.

Pursuant to accompanying Memorandum of Law TV-Novosti respectfully requests appointment of counsel or authorization to appear pro se.

Dated: February 22, 2023



ANO TV-NOVOSTI

By: _____
Director General
Alexey Lvovich Nikolov (alnikolov@rttv.ru)
Borovaya Street, 3
Moscow, Russia, 111020