**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BUSINESS CASUAL HOLDINGS, LLC,

                        Plaintiff,                         21 **CIVIL** 2007 (JGK)

       -against-                                    **JUDGMENT**

TV-NOVOSTI,

                        Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2023, the Court finds that the Report and Recommendation is well reasoned and correct. The Court has therefore adopted the Report and Recommendation. Judgment is entered in favor of the plaintiff, and against the defendant, in the amount of $75,000 in statutory damages, and $134,785.64 in attorney's fees. Pre-judgment interest is calculated at the rate of 9% on $25,000 from January 2, 2021, in the amount of $5,597.26; 9% on $25,000 from February 9, 2021, in the amount of $5,363.01; and 9% on $25,000 from February 15, 2021, in the amount of $5,326.03. Post-judgment interest should accrue on the judgment at the federal rate. The plaintiff may take post-judgment discovery to support any motion to amend the judgment within six months after entry of judgment; accordingly, the case is closed.

**Dated:**  New York, New York
           June 29, 2023

                                                      **RUBY J. KRAJICK**

                                                 _____
                                                        **Clerk of Court**

                             **BY:**         *K. Mango*

                                                        _____
                                                        **Deputy Clerk**